B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dominic Fiordirosa Construction Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3352535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**956 Bluff City Blvd.**<br>**Elgin, IL**<br>ZIP Code **60120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dominic Fiordirosa Construction Co., Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Dominic Fiordirosa Construction Co., Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Richard N. Golding**
   Signature of Attorney for Debtor(s)

   **Richard N. Golding 0992100**
   Printed Name of Attorney for Debtor(s)

   **The Golding Law Offices, P.C.**
   Firm Name

   **500 North Dearborn Street**
   **Second Floor**
   **Chicago, IL 60610-4900**
   Address

   Email: **RGOLDING@GOLDINGLAW.NET**
   **(312) 832-7885  Fax: (312) 755-5720**
   Telephone Number

   **October 31, 2012**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dominic Fiordirosa**
   Signature of Authorized Individual

   **Dominic Fiordirosa**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   **October 31, 2012**
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6A (Official Form 6A) (12/07)

In re **Dominic Fiordirosa Construction Co., Inc.** ,   Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re    **Dominic Fiordirosa Construction Co., Inc.** ,                    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | 8/14/12 | | | | | |
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60601** | | - | **Statutory Lien** | | | | | |
| | | | Value $                0.00 | | | | 29,760.11 | 29,760.11 |
| Account No. **xxxxx xxxn No. 3** | | | 11/5/2007 | | | | | |
| **Union National Bank 101 E. Chicago Street Elgin, IL 60120** | | - | **Blanket Lien Upon All Assets** | | | | | |
| | | | Value $                0.00 | | | | 107,000.00 | 107,000.00 |
| Account No. **xxxxx xxxn No. 1** | | | **Blanket Lien Upon All Assets** | | | | | |
| **Union National Bank 101 E. Chicago Street Elgin, IL 60120** | | - | | | | | | |
| | | | Value $                0.00 | | | | 350,000.00 | 350,000.00 |
| Account No. **xxx xxxxxx50-08** | | | 4/26/10 | | | | | |
| **Union National Bank 101 E. Chicago Street Elgin, IL 60120** | | - | **Blanket Lien Upon All Assets** | | | | | |
| | | | Value $                0.00 | | | | 78,000.00 | 78,000.00 |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 564,760.11 | 564,760.11 |
| | Total (Report on Summary of Schedules) | 564,760.11 | 564,760.11 |

B6E (Official Form 6E) (4/10)

In re __**Dominic Fiordirosa Construction Co., Inc.**_____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **Dominic Fiordirosa Construction Co., Inc.** ,                           Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx3973** | | | **940 and 941 taxes** | | | | | | |
| **Ill. Dept. of Employment Security Collections Section 33 S State St 10th Flr Chicago, IL 60603** | - | | | | | | 65,168.38 | 0.00 | 65,168.38 |
| Account No. | | | **940 and 941 taxes** | | | | | | |
| **Internal Revenue Service District Director 230 S. Dearborn Street Chicago, IL 60651** | - | | | | | | 74,762.41 | 0.00 | 74,762.41 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 139,930.79 | 0.00 139,930.79 |
| Total (Report on Summary of Schedules) | 139,930.79 | 0.00 139,930.79 |

B6F (Official Form 6F) (12/07)

In re    **Dominic Fiordirosa Construction Co., Inc.**                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **A&A Equipment & Supply Co.** **196 W Devon Ave** **Bensenville, IL 60106** | - | | | | | | 11,651.67 |
| Account No. | | | Trade debt | | | | |
| **ADT Security Services Inc.** **c/o Richard T. Avis & Assoc. LLC** **PO Box 1008** **Arlington Heights, IL 60006** | - | | | | | | 829.47 |
| Account No. | | | Credit card | | | | |
| **American Express** **Credit Dept.** **P.O. Box 981540** **El Paso, TX 79998-1540** | - | | | | | | 6,866.57 |
| Account No. | | | Trade debt | | | | |
| **Asphalt Equipment & Supply** **110 S. Hamilton Road** **Arlington Heights, IL 60005** | - | | | | | | 47.07 |
| __22__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 19,394.78 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    S/N:37054-121017    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.**                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **AT&T** **Attn: Bankruptcy Dept.** **5407 Andrews Highway** **Midland, TX 79706** | | - | | | | | 486.04 |
| Account No. | | | Trade debt | | | | |
| **Barricade Lites Inc.** **c/o Law Offices of MH Cohon** **PO Box 636** **Morton Grove, IL 60053** | | - | | | | | 7,199.40 |
| Account No. | | | Trade debt | | | | |
| **Bluff City Materials Inc.** **2252 Southwind Blvd.** **Bartlett, IL 60103** | | - | | | | | 478.95 |
| Account No. | | | Trade debt | | | | |
| **Boughton Trucking & Materials** **11746 S. Naperville** **Plainfield, IL 60585** | | - | | | | | 88.11 |
| Account No. | | | Trade debt | | | | |
| **C&M Pipe & Supply Co.** **19800 Stoney Island Ave.** **Lynwood, IL 60411** | | - | | | | | 907.03 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,159.53

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Capitol Const. Solutions Inc. c/o Latimer LeVay Fyock LLC 55 W Monroe St., Ste. 1100 Chicago, IL 60603 | - | | | | | | | **Unknown** |
| Account No. | | | | Trade debt | | | | |
| Casey Equipment Co. c/o Nigro Westfall & Gryska PC 1793 Bloomingdale Raod Glendale Heights, IL 60139 | - | | | | | | | 80,728.60 |
| Account No. | | | | Trade debt | | | | |
| CBeyond 13474 Collection Ctr. Drive Chicago, IL 60693 | - | | | | | | | 3.48 |
| Account No. | | | | Trade debt | | | | |
| Chlorinating Ltd. Inc. 530 W Colfax St. Palatine, IL 60067-2341 | - | | | | | | | 425.00 |
| Account No. | | | | Trade debt | | | | |
| Chlorination Specialists Inc. PO Box 744 Warrenville, IL 60555 | - | | | | | | | 842.00 |

Sheet no. _**2**___ of _**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        81,999.08

10/31/12  8:13PM

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dominic Fiordirosa Construction Co., Inc.**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx7860** | | | | Trade debt | | | | |
| **Citgo PO Box 923928 Norcross, GA 30010** | - | | | | | | | 5,683.57 |
| Account No. | | | | | | | | |
| **City of Chicago Dept. of Revenue 22149 Network Place Chicago, IL 60673-1221** | - | | | | | | | 150.00 |
| Account No. | | | | | | | | |
| **City of Elgin PO Box 88025 Chicago, IL 60680** | - | | | | | | | 150.00 |
| Account No. | | | | | | | | |
| **City of Northlake PO Box 76948 Cleveland, OH 44101-6500** | - | | | | | | | 100.00 |
| Account No. | | | | Trade debt | | | | |
| **CNA Deductible Recovery Group NW 7905 PO Box 1450 Minneapolis, MN 55485-1450** | - | | | | | | | 1,642.71 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 7,726.28

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**                                    ,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | utility | | | | |
| ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | - | | | | | | | 1,448.00 |
| Account No. | | | | | | | | |
| ComEd Claims Dept. 3 Lincoln Ctr. 4th Flr. Oakbrook Terrace, IL 60181 | - | | | | | | | 1,736.87 |
| Account No. | | | | Trade debt | | | | |
| Commercial Tire Service 1105 North 30th Ave. Melrose Park, IL 60160 | - | | | | | | | 4,457.05 |
| Account No. | | | | Trade debt | | | | |
| Concrete Specialties Co. PO Box 7369 Romeoville, IL 60446 | - | | | | | | | 44,217.18 |
| Account No. | | | | Professional Fees | | | | |
| Constabile & Steffens PC 1805 Hicks Road Rolling Meadows, IL 60008 | - | | | | | | | 20,385.00 |
| Sheet no. __4__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 72,244.10 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**             ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Cook County Treasurer 118 N. Clark St., Suite 112 Chicago, IL 60602 | - | | | | | | | | 20,488.44 |
| Account No. **xxxxxxxx1983** | | | | | Trade debt | | | | |
| Crush-Crete, Inc. c/o Berglund Armstrong & Mastny PC 1010 Jorie Blvd. Ste 370 Oak Brook, IL 60523 | - | | | | | | | | 9,564.14 |
| Account No. | | | | | Trade debt | | | | |
| De Large Landen PO Box 41601 Philadelphia, PA 19101 | - | | | | | | | | 1,902.03 |
| Account No. | | | | | Trade debt | | | | |
| E&R Asphalt Paving Inc. 634 Arlington Road Inverness, IL 60067 | - | | | | | | | | 3,180.58 |
| Account No. | | | | | Trade debt | | | | |
| Elmhust Chicago Stone PO Box 57 Elmhurst, IL 60126-0057 | - | | | | | | | | 85,876.71 |

Sheet no. __5__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal      | **121,011.90**

(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Dominic Fiordirosa Construction Co., Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| FHS Cartage Co. 301 Dale Drive 3B Addison, IL 60101 | - | | | | | | | 9,817.00 |
| Account No. | | | | Trade debt | | | | |
| Firstsource Advantage LLC P.O.Box 628 Buffalo, NY 14240-0628 | - | | | | | | | 616.91 |
| Account No. **xx xx xx3383** | | | | Trade debt | | | | |
| G&M Trucking Inc. c/o Blitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090 | - | | | | | | | 5,105.00 |
| Account No. | | | | Trade debt | | | | |
| Geocon Professional Services LLC 3000 Research Rd., Ste. 1 Champaign, IL 61822 | - | | | | | | | 1,680.00 |
| Account No. | | | | Trade debt | | | | |
| Graber Engineering 24 W 121 Army Trail Rd Bloomingdale, IL 60108 | - | | | | | | | 6,827.34 |

Sheet no. __6___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,046.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.**                                        ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **H&D Waterworks** **PO Box 91036** **Chicago, IL 60693** | - | | | | | | | 85.92 |
| Account No. | | | | Trade debt | | | | |
| **Hard Rock Concrete Cutters Inc.** **601 Chaddick Drive** **Wheeling, IL 60090** | - | | | | | | | 10,780.45 |
| Account No. | | | | Trade debt | | | | |
| **Hart's Tractor Co. Inc.** **c/o Nigro Westfall Gryska PC** **1793 Bloomingdale Rd.** **Glendale Heights, IL 60139** | - | | | | | | | 5,877.86 |
| Account No. **xx xx 2519** | | | | Trade debt | | | | |
| **Hartwig Plumbing & Heating** **c/o Grabowski Law Center LLC** **1400 E Lake Cook Rd, Ste 110** **Buffalo Grove, IL 60089-8218** | - | | | | | | | 1,025.00 |
| Account No. | | | | Trade debt | | | | |
| **Healy Asphalt Co. LLC** **3401 S Busse Rd** **Mount Prospect, IL 60056** | - | | | | | | | 4,895.56 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,664.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**                                    ,    Case No. _____
                                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | - | | Trade debt | | | | |
| **Hills and Dales Construction Inc.** **71 Brinker Road** **Barrington Hills, IL 60010** | | | | | | | | | 13,500.50 |
| Account No. **xxxx9717** | | | - | | | | | | |
| **ICS** **PO Box 1010** **Tinley Park, IL 60477-9110** | | | | | | | | | 400.00 |
| Account No. | | | - | | Trade debt | | | | |
| **Illini Televising, Inc.** **PO Box 435** **Belvidere, IL 61008** | | | | | | | | | 292.00 |
| Account No. | | | - | | Trade debt | | | | |
| **Illinois Central Sweeping Services** **2307 West 135th Place** **Blue Island, IL 60406** | | | | | | | | | 1,284.00 |
| Account No. | | | - | | Trade debt | | | | |
| **Illinois Road & Trans. Builders** **500 Park Blvd., Ste. 1250** **Itasca, IL 60143** | | | | | | | | | 240.00 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,716.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.** ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Secretary of State**<br>**501 S. Second St.**<br>**Springfield, IL 62756** | - | | | | | | 4,087.00 |
| Account No.<br><br>**Illinois State Toll Hwy Authority**<br>**2700 OGDEN AVE**<br>**Downers Grove, IL 60515** | - | | | | | | 713.20 |
| Account No. **xx xx 6722**<br><br>**IUOE Local 150 Legal Dept.**<br>**Attn: Melinda Hensel**<br>**6140 Joliet Road**<br>**Countryside, IL 60525** | - | | | | | | 216,129.93 |
| Account No.<br><br>**James D. Fiala Paving**<br>**500 East Frontage Road**<br>**Bolingbrook, IL 60440** | - | | Trade debt | | | | 5,000.00 |
| Account No.<br><br>**Kanzler Landscape Contractor, Inc.**<br>**PO box 626**<br>**Wauconda, IL 60084** | - | | Trade debt | | | | 700.00 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,630.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.** ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kara Company Inc.** <br> **5255 Dansher Road** <br> **Countryside, IL 60525** | - | | Trade debt | | | | | 424.37 |
| Account No. <br><br> **Kieft Bros. Inc.** <br> **c/o Law Offices of Anthony Suizzo** <br> **1701 E Lake Ave Ste 310** <br> **Glenview, IL 60025-2065** | - | | Trade debt | | | | | 10,235.24 |
| Account No. **xx x 1602** <br><br> **Laborers Pension Fund** <br> **c/o Allison, Slutsky & Kennedy PC** <br> **230 W Monroe St., Ste. 2600** <br> **Chicago, IL 60606** | - | | | | | | | 143,676.35 |
| Account No. <br><br> **Laraia, Harrison, Laraia PC** <br> **1761 S Naperville Rd, Ste. 203** <br> **Wheaton, IL 60189** | - | | Professional Fees | | | | | 75,000.00 |
| Account No. <br><br> **Mark T. Rodriguez Law** <br> **364 Pennsylvania Ave. Ste. 1-W** <br> **Romeoville, IL 60446** | - | | Professional Fees | | | | | 175.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

229,510.96

B6F (Official Form 6F) (12/07) - Cont.

In re __Dominic Fiordirosa Construction Co., Inc.__ ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mark-It Corp.** <br> **643 Parkwood Ave.** <br> **Romeoville, IL 60446** | - | | Trade debt | | | | 3,172.10 |
| Account No. **3505** <br><br> **Markham Asphalt Co./K-5 Const. Co.** <br> **13769 Main St.** <br> **Lemont, IL 60439** | - | | Trade debt | | | | 20,843.34 |
| Account No. **xxx-xxxxxx9-001** <br><br> **Marlin Leasing Corp.** <br> **Attn: Edward R. Diez, Esq.** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | - | | Equipment Lease | | | | 1,356.89 |
| Account No. <br><br> **Maurides Foley Tabangay & Turner** <br> **33 N LaSalle St., Ste. 1910** <br> **Chicago, IL 60602** | - | | Professional Fees | | | | 14,434.70 |
| Account No. <br><br> **Mayleen Mendelson Court Reporters** <br> **120 W Madison St., Ste. 1212** <br> **Chicago, IL 60602** | - | | Trade debt | | | | 365.70 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,172.73

B6F (Official Form 6F) (12/07) - Cont.

In re __**Dominic Fiordirosa Construction Co., Inc.**_____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Mercedes Benz Financial PO Box 9001680 Louisville, KY 40290-1680 | - | | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| Meyer Material Co. 580 South Wolf Road Des Plaines, IL 60016 | - | | | | | | | 3,157.30 |
| Account No. | | | | Trade debt | | | | |
| Mid American Water of Wauconda Inc 1125 N Old Rand Rd. Wauconda, IL 60084 | - | | | | | | | 9,898.58 |
| Account No. | | | | Trade debt | | | | |
| Mid American Water, Inc. 1500 Mountain Aurora, IL 60505 | - | | | | | | | 17,536.42 |
| Account No. | | | | Trade debt | | | | |
| Midwest Chlorinating & Testing, Inc 420 S Western Ave Bartlett, IL 60103 | - | | | | | | | 3,033.12 |

Sheet no. __**12**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,625.42

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.**                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade debt | | | | |
| **Midwest Operating Eng. Welf. Fund c/o Melinda Hensel 6141 Joliet Road Countryside, IL 60525** | | | | | | | | **Unknown** |
| Account No. | | - | | Trade debt | | | | |
| **Mosele & Assoc. 34523 N Wilson Rd Ingleside, IL 60041** | | | | | | | | **10,994.23** |
| Account No. **xxxxxx1901** | | - | | Trade debt | | | | |
| **NAS Surety Group Attn: Randall Ney 475 N Martingale Road, Ste. 850 Schaumburg, IL 60173** | | | | | | | | **Unknown** |
| Account No. | | - | | Trade debt | | | | |
| **National Power Rodding Corp. 2500 W Arthington St. Chicago, IL 60612-4108** | | | | | | | | **8,781.80** |
| Account No. | | - | | Trade debt | | | | |
| **Neenah Foundry Co. NFCO Box 729 Neenah, WI 54956-0729** | | | | | | | | **6,248.52** |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,024.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.** ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Nextel Communications** **PO Box 4181** **Carol Stream, IL 60197-6220** | - | | | | | | | 3,758.94 |
| Account No. | | | | | | | | |
| **Nicor** **1844 Ferry Road** **Naperville, IL 60563** | - | | | | | | | 4,479.63 |
| Account No. | | | | Trade debt | | | | |
| **Nissi Group Inc.** **c/o J.S. Barney & Assoc. Ltd.** **323 W Main St.** **Barrington, IL 60010** | - | | | | | | | 15,202.71 |
| Account No. **xxxxxx0323** | | | | Trade debt | | | | |
| **North American Specialty Insurance** **c/o Euler Hermes UMA** **600 S. 7th St.** **Louisville, KY 40201-1672** | - | | | | | | | 17,957.46 |
| Account No. | | | | | | | | |
| **Northwestern Mutual Insurance** **PO Box 3007** **Milwaukee, WI 53201-3007** | - | | | | | | | 383.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,781.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5207**<br><br>**O Learys Contractors Equipment**<br>**c/o Pucin & Friedland PC**<br>**1699 E Woodfield Rd Ste 360A**<br>**Schaumburg, IL 60173** | - | | | Trade debt | | | | 4,914.79 |
| Account No.<br><br>**Olson Service Co.**<br>**PO Box 7867**<br>**Gurnee, IL 60031-7867** | - | | | Trade debt | | | | 621.81 |
| Account No.<br><br>**Orange Crush LLC**<br>**321 Center St.**<br>**Hillside, IL 60162** | - | | | Trade debt | | | | 73,000.00 |
| Account No.<br><br>**Osco, Inc.**<br>**PO Box 70**<br>**Lemont, IL 60439-0070** | - | | | Trade debt | | | | 16,625.87 |
| Account No. **xx xx 7526**<br><br>**Patten Industries, Inc.**<br>**c/o Ryd Law Group**<br>**1900 Spring Road, Ste. 216**<br>**Oak Brook, IL 60523** | - | | | Trade debt | | | | 2,388.94 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,551.41

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**                                          ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xx1758**<br><br>**Petroliance LLC**<br>**c/o Teller Levit Silvertrust PC**<br>**19 S LaSalle St. #701**<br>**Chicago, IL 60603** | | - | | **Trade debt** | | | | **13,589.53** |
| Account No.<br><br>**Pirtek Ohare**<br>**1499 Tonne Road**<br>**Elk Grove Village, IL 60007** | | - | | **Trade debt** | | | | **1,353.95** |
| Account No.<br><br>**Porte Brown LLC**<br>**845 Oakton St.**<br>**Elk Grove Village, IL 60007-1904** | | - | | | | | | **25,987.20** |
| Account No.<br><br>**Prarie Material Sales Inc.**<br>**5185 Paysphere Circle**<br>**Chicago, IL 60674** | | - | | **Trade debt** | | | | **2,501.63** |
| Account No.<br><br>**Quest Diagnostics, Inc.**<br>**PO Box 740709**<br>**Atlanta, GA 30374** | | - | | | | | | **25.00** |

Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,457.31**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dominic Fiordirosa Construction Co., Inc.** ,          Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Ridgeline Consultants LLC 1661 Aucutt Road Montgomery, IL 60538 | - | | | | | | | 200.00 |
| Account No. | | | | Trade debt | | | | |
| Safeco Ins. PO Box 6486 Carol Stream, IL 60197 | - | | | | | | | 191.00 |
| Account No. **xx xx xx2072** | | | | Trade debt | | | | |
| Scorpio Excavating c/o Garbis Law Firm LLC 7101 N Cicero Ave Ste 104 Lincolnwood, IL 60712 | - | | | | | | | 156,473.12 |
| Account No. | | | | Trade debt | | | | |
| Smith Specialized Hauling 197 Harvestore Drive, Ste. 2 DeKalb, IL 60115 | - | | | | | | | 5,814.00 |
| Account No. **xxxxx0517** | | | | Trade debt | | | | |
| Sprint Sprint Customer Service PO box 8077 LONDON, KY 40742 | - | | | | | | | 4,414.19 |

Sheet no. __17__ of __22__ sheets attached to Schedule of          Subtotal          167,092.31
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Dominic Fiordirosa Construction Co., Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Professional Fees | | | | |
| Stahl Cowen Crowley Addis LLC 55 W Monroe Street, suite 1200 Chicago, IL 60603-5001 | - | | | | | | | 6,926.65 |
| Account No. | | | | Deficiency Balance | | | | |
| Susquehanna Commercial Finance 1566 Medical Drive Suite 201 Pottstown, PA 19464 | - | | | | | | | Unknown |
| Account No. **x-x7229** | | | | Trade debt | | | | |
| Testing Service Corp. c/o CST Co. Inc. PO Box 33127 Louisville, KY 40232-3127 | - | | | | | | | 1,871.98 |
| Account No. | | | | Trade debt | | | | |
| Thelen Materials 28955 W Route 173 Antioch, IL 60002 | - | | | | | | | 2,290.50 |
| Account No. **xxx8999** | | | | Trade debt | | | | |
| Travelers Attn: Salvatore Marino One Tower Square Mail Code 9CR Hartford, CT 06183 | - | | | | | | | 52,163.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      63,252.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.** ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Twinz Services** **2758 US Hwy 34 Ste B#179** **Oswego, IL 60543** | - | | | | | | | | 2,173.46 |
| Account No. | | | | | unsecured note | | | | |
| **Union National Bank** **101 E. Chicago Street** **Elgin, IL 60120** | - | | | | | | | | 450,000.00 |
| Account No. | | | | | Guaranty of BusinessDebt | | | | |
| **Union National Bank** **101 E. Chicago Street** **Elgin, IL 60120** | - | | | | | X | | | 300,000.00 |
| Account No. | | | | | Trade debt | | | | |
| **United Rentals Inc.** **8545 W 191st St.** **Mokena, IL 60448** | - | | | | | | | | 5,460.00 |
| Account No. | | | | | Trade debt | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | - | | | | | | | | 42.38 |

Sheet no. __**19**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

757,675.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dominic Fiordirosa Construction Co., Inc.**                                                  ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| V&N Concrete Products 35 Forestwood Drive Romeoville, IL 60446 | - | | | | | | | 1,174.08 |
| Account No. | | | | | | | | |
| Village of Addison Photo Enf. Prog. PO Box 5905 Carol Stream, IL 60197 | - | | | | | | | 300.00 |
| Account No. | | | | | | | | |
| Village of Roselle 474 Congress Circle Roselle, IL 60172 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| Village of Stone Park 39775 Treasury Center Chicago, IL 60694 | - | | | | | | | 200.00 |
| Account No. | | | | | | | | |
| Village of Westchester 10300 West Roosevelt Road Westchester, IL 60154 | - | | | | | | | 200.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,974.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Dominic Fiordirosa Construction Co., Inc.** ,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x9635** | | | | Trade debt | | | | |
| Vulcan Materials Company c/o Receivables Control Corp. 7373 Kirkwood Court, Ste. 200 Minneapolis, MN 55369 | - | | | | | | | 8,908.08 |
| Account No. | | | | Trade debt | | | | |
| Wally's Printing 969 N Farnsworth Ave Aurora, IL 60505 | - | | | | | | | 192.50 |
| Account No. | | | | | | | | |
| Wells Fargo Equipment Finance 1540 W Fountainhead Pkwy Tempe, AZ 85282 | - | | | | | | | Unknown |
| Account No. **xxxx xx 1550** | | | | Trade debt | | | | |
| West Side Tractor Sales Co. c/o Michael Nigro 1793 Bloomingdale Rd. Glendale Heights, IL 60139 | - | | | | | | | 12,150.88 |
| Account No. | | | | Trade debt | | | | |
| Windy City Truck Repair 61 S Mitchell Ct. Addison, IL 60101 | - | | | | | | | 4,173.66 |

Sheet no. __21__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 25,425.12

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dominic Fiordirosa Construction Co., Inc.**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| **Ziebell Water Service Products Inc.** **2001 Pratt Blvd.** **Elk Grove Village, IL 60007** | - | | | | | | | **1,156.92** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **1,156.92** |
| Total (Report on Summary of Schedules) | | **2,129,293.86** |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Dominic Fiordirosa Construction Co., Inc.**       Case No. _____
Debtor(s)       Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 31, 2012**       **/s/ Richard N. Golding**
**Richard N. Golding 0992100**
**The Golding Law Offices, P.C.**
**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885  Fax: (312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**

### ATTORNEY-CLIENT CONTRACT FOR CHAPTER 7 BANKRUPTCY

The undersigned, Dominic Fiordirosa Construction Company, Inc., hereby retains the services of and employs The Golding Law Offices, P.C., in a case to be commenced under Chapter 7 of the United States Bankruptcy Code.

The legal services to be rendered are as follows: (1) preparation and filing of the petition, Statement of Financial Affairs; Schedules and other related documents as may be required in relation to your case; Statement of Intention, (2) attendance at all meetings of creditors in the bankruptcy case; (3) negotiation, preparation and filing to redeem any property, if applicable; attendance at any hearing on the valuation of property; attendance at any hearing on a motion to dismiss your case under § 707(b) ; handle communications with creditors during the pendnacy of your case regarding claims with creditors may have against you (but not including the preparation and filing of claims' objections unless we agree upon that separately.

It is possible that the trustee assigned to your case, the U.S. Trustee, or any creditor may file a motion seeking dismissal of your case. If that happens, We will appear on your behalf at the that hearing, however, because the law is still being settled in that area of the Bankruptcy Code, that we can promise you that the outcome of such a hearing will be in your favor, although we will use every reasonable argument and evidence to achieve that result.

It is also possible that a creditor, the trustee or the U.S. Trustee may initiate a lawsuit against you to deny your discharge, or to determine dischargability of any debt. At this time, that is excluded from the services described in this agreement. If we were to agree to represent you in such a case now, we would have to charge you for those services, and if no such case were filed, we would have to refund that portion of the fee- but not to you, as the same would become property of the bankruptcy estate. If such a suit is filed, we will agree to retention of services and fees and costs at that time. Of course, you would be under no obligation to retain my services or the services of my firm for that work, or to pay us for its possibility.

In consideration of the legal services to be rendered by The Golding Law Offices, P.C., the undersigned agrees to pay the Golding Law Offices, P.C. prior to the Chapter 7 case being filed, the sum of $5,000.00 in cash or by cashier's check, including the filing fee of $306.00. The undersigned has discussed with The Golding Law Offices, P.C. the restrictions on compensation as set forth in the Bankruptcy Code and understands that said representation which occurs subsequent to the commencement of the bankruptcy case may not by law be included in or charged against the monies paid to the Attorney prior to the Petition, and that such services described above and subject to this agreement which occur after the petition which are billed separately will be billed at the rate of $285.00 per hour for Jonathan D. Golding and $400.00 per hour for Richard N. Golding. Post-petition charges for legal services may be paid only from monies which are not property of the estate or are earned by the undersigned after the date upon which the bankruptcy petition is filed.

legal services may be paid only from monies which are not property of the estate or are earned by the undersigned after the date upon which the bankruptcy petition is filed.

It is further understood and agreed by the undersigned that he has not retained the services of The Golding Law Offices, P.C., at this time, to represent the undersigned in any adversary proceeding, contested matter or lawsuit which may be presently pending, or which may be commenced after the date of this agreement. Should the undersigned request such representation in any adversary proceeding, contested matter or lawsuit, the undersigned understands that such legal services will be in addition to those described above and will be billed to the undersigned at the rate of 285.00 per hour for Jonathan Golding and $400 per hour for Richard Golding.

The undersigned further understands that the representation described in this agreement does not in any way guarantee or represent to the undersigned that a discharge in bankruptcy will be obtained by the undersigned , or that all debts from which discharge can be sought will be included in any such discharge.

Signed and Agreed to this October 31, 2012.

_____
Dominic Fiordirosa

_____
The Golding Law Offices, P.C.

A&A Equipment & Supply Co.
196 W Devon Ave
Bensenville, IL 60106


ADT Security Services Inc.
c/o Richard T. Avis & Assoc. LLC
PO Box 1008
Arlington Heights, IL 60006


American Express
Credit Dept.
P.O. Box 981540
El Paso, TX 79998-1540


Andrew Yoblon PC
3000 Dundee Rd, Ste 415
Northbrook, IL 60062


Arnold Scott Harris PC
222 Merchandise Mart Plaze, #1932
Chicago, IL 60654


Asphalt Equipment & Supply
110 S. Hamilton Road
Arlington Heights, IL 60005


AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706


Barricade Lites Inc.
c/o Law Offices of MH Cohon
PO Box 636
Morton Grove, IL 60053


Bluff City Materials Inc.
2252 Southwind Blvd.
Bartlett, IL 60103


BMO Harris Bank
Law Dept-21 East
111 W Monroe St
Chicago, IL 60603

Boughton Trucking & Materials
11746 S. Naperville
Plainfield, IL 60585


C&M Pipe & Supply Co.
19800 Stoney Island Ave.
Lynwood, IL 60411


Capitol Const. Solutions Inc.
c/o Latimer LeVay Fyock LLC
55 W Monroe St., Ste. 1100
Chicago, IL 60603


Casey Equipment Co.
c/o Nigro Westfall & Gryska PC
1793 Bloomingdale Raod
Glendale Heights, IL 60139


CBeyond
13474 Collection Ctr. Drive
Chicago, IL 60693


Chicago Public Schools
125 S. Clark St., 6th Flr.
Chicago, IL 60603


Chlorinating Ltd. Inc.
530 W Colfax St.
Palatine, IL 60067-2341


Chlorination Specialists Inc.
PO Box 744
Warrenville, IL 60555


Citgo
PO Box 923928
Norcross, GA 30010


City of Chicago
Dept. of Revenue
22149 Network Place
Chicago, IL 60673-1221

City of Chicago
City Clerk
121 N. LaSalle St., Rm. 107
Chicago, IL 60602


City of Elgin
PO Box 88025
Chicago, IL 60680


City of Northlake
PO Box 76948
Cleveland, OH 44101-6500


CNA Deductible Recovery Group
NW 7905
PO Box 1450
Minneapolis, MN 55485-1450


ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680


ComEd Claims Dept.
3 Lincoln Ctr. 4th Flr.
Oakbrook Terrace, IL 60181


Commercial Tire Service
1105 North 30th Ave.
Melrose Park, IL 60160


Concrete Specialties Co.
PO Box 7369
Romeoville, IL 60446


Constabile & Steffens PC
1805 Hicks Road
Rolling Meadows, IL 60008


Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602

Crush-Crete, Inc.
c/o Berglund Armstrong & Mastny PC
1010 Jorie Blvd. Ste 370
Oak Brook, IL 60523


D&D Concrete, Inc.
4210 Legend Court
Naperville, IL 60564


De Large Landen
PO Box 41601
Philadelphia, PA 19101


E&R Asphalt Paving Inc.
634 Arlington Road
Inverness, IL 60067


Elmhust Chicago Stone
PO Box 57
Elmhurst, IL 60126-0057


Farm Bureau Life Ins. Co.
Attn: Real Estate & Com. Mort. Mgr.
5400 University Ave.
West Des Moines, IA 50266


FHS Cartage Co.
301 Dale Drive 3B
Addison, IL 60101


Firstsource Advantage LLC
P.O.Box 628
Buffalo, NY 14240-0628


FleetCor
655 Engineering Drive, Ste. 300
Norcross, GA 30092


G&M Trucking Inc.
c/o Blitt & Gaines PC
661 Glenn Ave
Wheeling, IL 60090

GC Services Ltd. Partnership
6330 Gulfton
Houston, TX 77081


Geocon Professional Services LLC
3000 Research Rd., Ste. 1
Champaign, IL 61822


Graber Engineering
24 W 121 Army Trail Rd
Bloomingdale, IL 60108


H&D Waterworks
PO Box 91036
Chicago, IL 60693


Hard Rock Concrete Cutters Inc.
601 Chaddick Drive
Wheeling, IL 60090


Hart's Tractor Co. Inc.
c/o Nigro Westfall Gryska PC
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Hartwig Plumbing & Heating
c/o Grabowski Law Center LLC
1400 E Lake Cook Rd, Ste 110
Buffalo Grove, IL 60089-8218


Healy Asphalt Co. LLC
3401 S Busse Rd
Mount Prospect, IL 60056


Henry Bros. Const. Corp.
9821 S 78th Ave
Hickory Hills, IL 60457


Hills and Dales Construction Inc.
71 Brinker Road
Barrington Hills, IL 60010


ICS
PO Box 1010
Tinley Park, IL 60477-9110

Ill. Dept. of Employment Security
Collections Section
33 S State St 10th Flr
Chicago, IL 60603


Illini Televising, Inc.
PO Box 435
Belvidere, IL 61008


Illinois Central Sweeping Services
2307 West 135th Place
Blue Island, IL 60406


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601


Illinois Department of Trans.
2300 S Dirksen Pkwy Room 300
Springfield, IL 62764


Illinois Road & Trans. Builders
500 Park Blvd., Ste. 1250
Itasca, IL 60143


Illinois Secretary of State
501 S. Second St.
Springfield, IL 62756


Illinois State Toll Hwy Authority
2700 OGDEN AVE
Downers Grove, IL 60515


Internal Revenue Service
District Director
230 S. Dearborn Street
Chicago, IL 60651


Internal Revenue Service
District Counsel
200 W Adams St., Suite 2300
Chicago, IL 60606

IUOE Local 150 Legal Dept.
Attn: Melinda Hensel
6140 Joliet Road
Countryside, IL 60525


James D. Fiala Paving
500 East Frontage Road
Bolingbrook, IL 60440


JP Morgan Chase
Legal Dept.
313 S. Dearborn St., 5th Flr.
Chicago, IL 60603


Kanzler Landscape Contractor, Inc.
PO box 626
Wauconda, IL 60084


Kara Company Inc.
5255 Dansher Road
Countryside, IL 60525


Kevin A Chrzanowski
Zukowski Rogers Flood McArdle
50 Virginia St
Crystal Lake, IL 60014


Kieft Bros. Inc.
c/o Law Offices of Anthony Suizzo
1701 E Lake Ave Ste 310
Glenview, IL 60025-2065


Laborers Pension Fund
c/o Allison, Slutsky & Kennedy PC
230 W Monroe St., Ste. 2600
Chicago, IL 60606


Laborers Welfare Fund


Laraia, Harrison, Laraia PC
1761 S Naperville Rd, Ste. 203
Wheaton, IL 60189

M. DuBay
Hunter Warfield
4620 Woodland Corp. Blvd.
Tampa, FL 33614


Mark T. Rodriguez Law
364 Pennsylvania Ave. Ste. 1-W
Romeoville, IL 60446


Mark-It Corp.
643 Parkwood Ave.
Romeoville, IL 60446


Markham Asphalt Co./K-5 Const. Co.
13769 Main St.
Lemont, IL 60439


Marlin Leasing Corp.
Attn: Edward R. Diez, Esq.
300 Fellowship Road
Mount Laurel, NJ 08054


Maurides Foley Tabangay & Turner
33 N LaSalle St., Ste. 1910
Chicago, IL 60602


Mayleen Mendelson Court Reporters
120 W Madison St., Ste. 1212
Chicago, IL 60602


Mercedes Benz Financial
PO Box 9001680
Louisville, KY 40290-1680


Meyer Material Co.
580 South Wolf Road
Des Plaines, IL 60016


Mid American Water of Wauconda Inc
1125 N Old Rand Rd.
Wauconda, IL 60084


Mid American Water, Inc.
1500 Mountain
Aurora, IL 60505

Midwest Chlorinating & Testing, Inc
420 S Western Ave
Bartlett, IL 60103


Midwest Oper. Eng. Welfare Fund
c/o D. Pierson, IFWW PC
6141 Joliet Road
Countryside, IL 60525


Midwest Operating Eng. Welf. Fund
c/o Melinda Hensel
6141 Joliet Road
Countryside, IL 60525


Mosele & Assoc.
34523 N Wilson Rd
Ingleside, IL 60041


NAS Surety Group
Attn: Randall Ney
475 N Martingale Road, Ste. 850
Schaumburg, IL 60173


National Power Rodding Corp.
2500 W Arthington St.
Chicago, IL 60612-4108


NCO Financial Systems
600 Holiday Plaza Drive, Ste. 300
Matteson, IL 60443


Neenah Foundry Co.
NFCO Box 729
Neenah, WI 54956-0729


Nextel Communications
PO Box 4181
Carol Stream, IL 60197-6220


Nicor
1844 Ferry Road
Naperville, IL 60563

Nissi Group Inc.
c/o J.S. Barney & Assoc. Ltd.
323 W Main St.
Barrington, IL 60010


North American Specialty Insurance
c/o Euler Hermes UMA
600 S. 7th St.
Louisville, KY 40201-1672


Northwestern Mutual Insurance
PO Box 3007
Milwaukee, WI 53201-3007


O Learys Contractors Equipment
c/o Pucin & Friedland PC
1699 E Woodfield Rd Ste 360A
Schaumburg, IL 60173


Olson Service Co.
PO Box 7867
Gurnee, IL 60031-7867


Orange Crush LLC
321 Center St.
Hillside, IL 60162


Osco, Inc.
PO Box 70
Lemont, IL 60439-0070


Panera Bread Co.
c/o Ill. Corp. Serv. Co.
801 Adlai Stevenson Drive
Springfield, IL 62703


Patten Industries, Inc.
c/o Ryd Law Group
1900 Spring Road, Ste. 216
Oak Brook, IL 60523


Petroliance LLC
c/o Teller Levit Silvertrust PC
19 S LaSalle St. #701
Chicago, IL 60603

Pirtek Ohare
1499 Tonne Road
Elk Grove Village, IL 60007


Porte Brown LLC
845 Oakton St.
Elk Grove Village, IL 60007-1904


Prarie Material Sales Inc.
5185 Paysphere Circle
Chicago, IL 60674


Public Building Commission
50 W Washington, Room 200
Chicago, IL 60602


Quest Diagnostics, Inc.
PO Box 740709
Atlanta, GA 30374


Rathje Woodward LLC
300 E Roosevelt Rd., Ste. 300
Wheaton, IL 60187


Ridgeline Consultants LLC
1661 Aucutt Road
Montgomery, IL 60538


Safeco Ins.
PO Box 6486
Carol Stream, IL 60197


Scorpio Excavating
c/o Garbis Law Firm LLC
7101 N Cicero Ave Ste 104
Lincolnwood, IL 60712


Smith Specialized Hauling
197 Harvestore Drive, Ste. 2
DeKalb, IL 60115


Sprint
Sprint Customer Service
PO box 8077
LONDON, KY 40742

Stahl Cowen Crowley Addis LLC
55 W Monroe Street, suite 1200
Chicago, IL 60603-5001


Susquehanna Commercial Finance
1566 Medical Drive Suite 201
Pottstown, PA 19464


Sutton Park Developers LLC
Attn: Gregory Fix
4104 N Harlem Ave.
Norridge, IL 60706


Teller, Levit & Silvertrust PC
19 S. LaSalle Ste. 701
Chicago, IL 60603


Testing Service Corp.
c/o CST Co. Inc.
PO Box 33127
Louisville, KY 40232-3127


Thelen Materials
28955 W Route 173
Antioch, IL 60002


Travelers
Attn: Salvatore Marino
One Tower Square Mail Code 9CR
Hartford, CT 06183


Travelers Casualty & Surety
215 Shuman Blvd
Naperville, IL 60563


Twinz Services
2758 US Hwy 34 Ste B#179
Oswego, IL 60543


Union National Bank
101 E. Chicago Street
Elgin, IL 60120

United Rentals Inc.
8545 W 191st St.
Mokena, IL 60448


United States Attorney
219 S. Dearborn St.
Suite 500
Chicago, IL 60604


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Small Business Administration
Illinois District Office
500 W Madison St., Ste. 1250
Chicago, IL 60661-2511


US Small Business Administration
Illinois District Office
500 W Madison St., Ste. 1250
Chicago, IL 60661-2511


V&N Concrete Products
35 Forestwood Drive
Romeoville, IL 60446


Village of Addison Photo Enf. Prog.
PO Box 5905
Carol Stream, IL 60197


Village of Roselle
474 Congress Circle
Roselle, IL 60172


Village of Stone Park
39775 Treasury Center
Chicago, IL 60694


Village of Westchester
10300 West Roosevelt Road
Westchester, IL 60154

Vulcan Materials Company
c/o Receivables Control Corp.
7373 Kirkwood Court, Ste. 200
Minneapolis, MN 55369


Wally's Printing
969 N Farnsworth Ave
Aurora, IL 60505


Wells Fargo Equipment Finance
1540 W Fountainhead Pkwy
Tempe, AZ 85282


West Side Tractor Sales Co.
c/o Michael Nigro
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Windy City Truck Repair
61 S Mitchell Ct.
Addison, IL 60101


Ziebell Water Service Products Inc.
2001 Pratt Blvd.
Elk Grove Village, IL 60007

# United States Bankruptcy Court
## Northern District of Illinois

In re __Dominic Fiordirosa Construction Co., Inc.__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Dominic Fiordirosa Construction Co., Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 31, 2012__
Date

/s/ Richard N. Golding

__Richard N. Golding 0992100__
Signature of Attorney or Litigant
Counsel for __Dominic Fiordirosa Construction Co., Inc.__
__The Golding Law Offices, P.C.__
__500 North Dearborn Street__
__Second Floor__
__Chicago, IL 60610-4900__
__(312) 832-7885 Fax:(312) 755-5720__
__RGOLDING@GOLDINGLAW.NET__