# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMINIC FIORDIROSA CONSTRUCTION CO. | § | Case No. 12-43531 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter       of the United States Bankruptcy Code was filed on                  . The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Robert B. Katz, Trustee_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-43531 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | | | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | | | 341(a) Meeting Date: | 01/03/13 |
| For Period Ending: | 07/03/14 | | | Claims Bar Date: | 05/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 3,109.21 | 3,054.37 | | 3,054.37 | FA |
| 2. MACHINERY & EQUIPMENT | Unknown | 17,000.00 | | 17,000.00 | FA |
| 3. INSURANCE POLICIES | 0.00 | 48,355.76 | | 48,355.76 | FA |
| 4. ACCOUNTS RECEIVABLE | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 5. BMO Harris | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. Transamerica Life Insurance Co. Policy 6006543 | 64,000.00 | 0.00 | | 0.00 | FA |
| 8. Three Pickup Trucks | Unknown | 0.00 | | 0.00 | FA |
| 9. OFFICE FURNITURE | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Computers | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY & EQUIPMENT Two back hoes | Unknown | 0.00 | | 0.00 | FA |
| 12. MACHINERY & EQUIPMENT Three loaders | Unknown | 0.00 | | 0.00 | FA |
| 13. MACHINERY & EQUIPMENT One skidster | Unknown | 0.00 | | 0.00 | FA |
| 14. MACHINERY & EQUIPMENT Two Trailers | Unknown | 0.00 | | 0.00 | FA |
| 15. MACHINERY & EQUIPMENT Construction Supplies and miscellaneous equipment | 10,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,382,109.21 | $68,410.13 | | $68,410.13 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-43531   JPC   Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | 341(a) Meeting Date: | 01/03/13 |
| | | Claims Bar Date: | 05/10/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on Motion to address claims set for 4/25/14.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-43531 -JPC | |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | |
| Taxpayer ID No: | *******2535 | |
| For Period Ending: | 07/03/14 | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7019 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/13 | 1 | Winfield Community Bank | DEPOSIT | 1129-000 | 3,054.37 | | 3,054.37 |
| 03/01/13 | 2 | Susan M. Weist | DEPOSIT | 1129-000 | 17,000.00 | | 20,054.37 |
| 03/18/13 | 3 | Transamerica Life Insurance Company<br>4333 Edgewood Rd NE<br>Cedar Rapids, IA | DEPOSIT | 1129-000 | 48,355.76 | | 68,410.13 |
| 03/27/13 | 010001 | American Auction Assoctiates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Per court order 2/6/13. | 3610-000 | | 1,700.00 | 66,710.13 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.26 | 66,647.87 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.88 | 66,551.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.94 | 66,453.05 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.61 | 66,357.44 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.66 | 66,258.78 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.51 | 66,160.27 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.20 | 66,065.07 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.22 | 65,966.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.91 | 65,871.94 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.93 | 65,774.01 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.79 | 65,676.22 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.20 | 65,588.02 |
| 04/01/14 | 010002 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND PAYMENT | 2300-000 | | 72.82 | 65,515.20 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.51 | 65,417.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.15 | 65,323.54 |

Page Subtotals 68,410.13 3,086.59

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 18.00a

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-43531 -JPC |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. |
| Taxpayer ID No: | *******2535 |
| For Period Ending: | 07/03/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7019 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 68,410.13 | 3,086.59 | 65,323.54 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 68,410.13 | 3,086.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 68,410.13 | 3,086.59 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******7019 | | 68,410.13 | 3,086.59 | 65,323.54 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 68,410.13 | 3,086.59 | 65,323.54 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee Date: 07/03/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Ver: 18.00a

LFORM24

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 03, 2014 |

Case Number: 12-43531  
Debtor Name: DOMINIC FIORDIROSA CONSTRUCTION CO.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001<br>3110-00 | DiMonte & Lizak<br>216 W. Higgins Rd<br>Park Ridge, IL 60608 | Administrative | $27,625.73 | $0.00 | $27,625.73 |
| 001<br>3410-00 | Popowcer Katten, LTD<br>35 E. Wacker Dr, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | $6,035.50 | $0.00 | $6,035.50 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | $72.82 | $72.82 | $0.00 |
| 000001B<br>061<br>PTL | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority<br>(1-1) Unemployment Tax | $50,210.58 | $0.00 | $50,210.58 |
| 000009A<br>061<br>PTL | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority<br>(9-1) Modified on 3.6.2013 to correct creditor's address (MG) | $86,397.10 | $0.00 | $86,397.10 |
| 000026A<br>054<br>PW | Laborers Pension Fund et al<br>c/o Jason McGaughy<br>230 W Monroe St Ste 2600<br>Chicago, IL 60606 | Priority<br>(26-1) Modified on 5.15.2013 to correct creditor's name & address (MG). This distribution is made pursuant to ORDER GRANTING MOTION TO APPROVE entered by the court on or about 4/30/14. See docket #54. | $46,246.65 | $0.00 | $46,246.65 |
| 000001A<br>999<br>SC | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Secured<br>(1-1) Unemployment Tax. This distribution is made pursuant to ORDER GRANTING MOTION TO APPROVE entered by the court on or about 4/30/14. See docket #54. | $46,246.65 | $0.00 | $46,246.65 |
| 000024<br>999<br>SC | Union National Bank<br>c/o Jeffrey S Burns<br>20 S Clark Suite 2310<br>Chicago, IL 60603 | Secured<br>(24-1) Modified on 5.15.2013 to correct creditor's address (MG) | $512,627.01 | $0.00 | $512,627.01 |
| 000001C<br>090<br>7400-00 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Unsecured | $880.00 | $0.00 | $880.00 |
| 000002<br>070<br>UC | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, New Jersey 08054<br>ATTN: Bankruptcy | Unsecured<br>(2-1) Equipment Lease | $4,206.00 | $0.00 | $4,206.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 03, 2014 |

Case Number: 12-43531  
Debtor Name: DOMINIC FIORDIROSA CONSTRUCTION CO.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000003 070 UC | Casey Equipment Co.<br>c/o Nigro Westfall & Gryska PC<br>1793 Bloomingdale Raod<br>Glendale Heights, IL 60139 | Unsecured | $81,345.81 | $0.00 | $81,345.81 |
| 000004 070 UC | West Side Tractor Sales Co.<br>c/o Michael Nigro<br>1793 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | Unsecured<br>(4-2) amended proof of claim | $12,830.88 | $0.00 | $12,830.88 |
| 000005 070 UC | Commercial Tire Service Inc<br>1105 North 30th Ave.<br>Melrose Park, IL 60160 | Unsecured | $4,457.05 | $0.00 | $4,457.05 |
| 000006 070 UC | Capitol Const. Solutions Inc.<br>c/o Latimer LeVay Fyock LLC<br>55 W Monroe St., Ste. 1100<br>Chicago, IL 60603 | Unsecured | $17,536.42 | $0.00 | $17,536.42 |
| 000007 070 UC | National Power Rodding Corp.<br>2500 W Arthington St.<br>Chicago, IL 60612-4108 | Unsecured | $2,609.40 | $0.00 | $2,609.40 |
| 000008 070 UC | Crush-Crete, Inc.<br>Kenneth Mastny<br>Berglund Armstrong & Mastny PC<br>1010 Jorie Blvd. Ste 370<br>Oak Brook, IL 60523 | Unsecured<br>(8-1) Crushed stone & related services supplied to Debtor<br>(8-1) Modified on 3.6.2013 to correct creditor's address (MG) | $25,349.77 | $0.00 | $25,349.77 |
| 000009B 070 UC | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Unsecured | $61,139.36 | $0.00 | $61,139.36 |
| 000010 070 UC | Porte Brown LLC<br>845 Oakton St.<br>Elk Grove Village, IL 60007-1904 | Unsecured | $26,239.50 | $0.00 | $26,239.50 |
| 000011 070 UC | A&A Equipment & Supply Company<br>196 W Devon Avenue<br>Bensenville, IL 60106 | Unsecured | $8,261.60 | $0.00 | $8,261.60 |
| 000012 070 UC | City of Elgin<br>150 Dexter Ct<br>Elgin, IL 60120 | Unsecured | $500.00 | $0.00 | $500.00 |
| 000013 070 UC | Sprint Nextel<br>Sprint Nextel - Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Unsecured<br>(13-1) Modified on 4.2.2013 to correct creditor's address (MG) | $4,526.03 | $0.00 | $4,526.03 |
| 000014 070 UC | Ziebell Water Service Products Inc.<br>2001 Pratt Blvd.<br>Elk Grove Village, IL 60007 | Unsecured | $134.26 | $0.00 | $134.26 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 03, 2014 |

Case Number:   12-43531                                    Claim Class Sequence
Debtor Name:   DOMINIC FIORDIROSA CONSTRUCTION CO.

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000015 070 UC | Mirabella Kincaid Frederick & Mirabella LLC<br>Benjamin W Meyer Esq<br>1737 S Naperville Road, Suite 100<br>Wheaton, IL 60189 | Unsecured<br>(15-1) Attorney's Fees<br>(15-1) Modified on 4.17.2013 to correct creditor's name (MG) | $3,446.84 | $0.00 | $3,446.84 |
| 000016A 070 UC | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | $39,538.20 | $0.00 | $39,538.20 |
| 000016B 090 7400-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | $5,334.43 | $0.00 | $5,334.43 |
| 000017 070 UC | Maurides Foley Tabangay & Turner<br>33 N LaSalle St., Ste. 1910<br>Chicago, IL 60602 | Unsecured<br>(17-1) Unpaid Legal Fees<br>(17-1) Incorrect PDF, Filer Notified to File an Amended Claim (MG)(17-2) Incorrect PDF, Filer Notified to File an Amended Claim (MG) | $14,434.70 | $0.00 | $14,434.70 |
| 000018 070 UC | Concrete Specialties Co.<br>Carl E Metz II<br>Falk Metz LLC<br>20 S Clark Street Suite 1900<br>Chicago, IL 60603 | Unsecured<br>(18-1) Modified on 5.14.2013 to correct creditor's name (MG) | $22,583.94 | $0.00 | $22,583.94 |
| 000019 070 UC | Mid American Water<br>1500 E Mountain<br>Aurora, IL 60505 | Unsecured | $7,834.12 | $0.00 | $7,834.12 |
| 000020 070 UC | Mid American Water of Wauconda Inc<br>1125 N Old Rand Road<br>Wauconda, IL 60084 | Unsecured | $21,636.66 | $0.00 | $21,636.66 |
| 000021 070 UC | Markham Asphalt Co.<br>Rathje & Woodward, LLC<br>Attn: Derek M Johnson<br>300 E Roosevelt Rd, Ste 300<br>Wheaton, IL 60187 | Unsecured<br>(21-1) Modified on 5/3/13 to correct creditors address(vr) | $21,745.59 | $0.00 | $21,745.59 |
| 000022 070 UC | Kieft Bros Inc<br>837 S Riverside Dr<br>Elmhurst, IL 60126 | Unsecured | $5,482.80 | $0.00 | $5,482.80 |
| 000023 070 UC | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | $1,030.74 | $0.00 | $1,030.74 |
| 000025 070 UC | North American Specialty Insurance Company<br>c/o Leo & Weber, P.C.<br>Michael J Weber<br>One N. LaSalle St., Suite 3600<br>Chicago IL 60602 | Unsecured<br>(25-1) Contract Indemnity (See Statement of Claim) | $623,577.00 | $0.00 | $623,577.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 03, 2014 |

Case Number:  12-43531   Claim Class Sequence
Debtor Name:  DOMINIC FIORDIROSA CONSTRUCTION CO.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000027 070 UC | Barricade Lites Inc c/o MH Cohon PO Box 636 Morton Grove, IL 60053 | Unsecured | | $7,199.40 | $0.00 | $7,199.40 |
| 000028 070 UC | Mosele & Associates Inc 34523 N Wilson Road Ingleside, IL 60041 | Unsecured | | $7,703.00 | $0.00 | $7,703.00 |
| | Case Totals: | | | $1,807,025.54 | $72.82 | $1,806,952.72 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43531
Case Name: DOMINIC FIORDIROSA CONSTRUCTION CO.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                               $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Dept. of Employment Security | $ | $ | $ | $ |
| 000024 | Union National Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                      $_____

Remaining Balance                                          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: DiMonte & Lizak | $ | $ | $ |
| Attorney for Trustee Expenses: DiMonte & Lizak | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, LTD | $ | $ | $ |
| Other: International Sureties, Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Employment Security | $ | $ | $ |
| 000009A | Department of the Treasury | $ | $ | $ |
| 000026A | Laborers Pension Fund et al | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Marlin Leasing Corporation | $ | $ | $ |
| 000003 | Casey Equipment Co. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | West Side Tractor Sales Co. | $ | $ | $ |
| 000005 | Commercial Tire Service Inc | $ | $ | $ |
| 000006 | Capitol Const. Solutions Inc. | $ | $ | $ |
| 000007 | National Power Rodding Corp. | $ | $ | $ |
| 000008 | Crush-Crete, Inc. | $ | $ | $ |
| 000010 | Porte Brown LLC | $ | $ | $ |
| 000011 | A&A Equipment & Supply Company | $ | $ | $ |
| 000012 | City of Elgin | $ | $ | $ |
| 000013 | Sprint Nextel | $ | $ | $ |
| 000014 | Ziebell Water Service Products Inc. | $ | $ | $ |
| 000015 | Mirabella Kincaid Frederick & Mirabella LLC | $ | $ | $ |
| 000016A | Illinois Department of Revenue | $ | $ | $ |
| 000017 | Maurides Foley Tabangay & Turner | $ | $ | $ |
| 000018 | Concrete Specialties Co. | $ | $ | $ |
| 000019 | Mid American Water | $ | $ | $ |
| 000020 | Mid American Water of Wauconda Inc | $ | $ | $ |
| 000021 | Markham Asphalt Co. | $ | $ | $ |
| 000022 | Kieft Bros Inc | $ | $ | $ |
| 000023 | Nicor Gas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | North American Specialty Insurance Company | $ | $ | $ |
| 000027 | Barricade Lites Inc | $ | $ | $ |
| 000028 | Mosele & Associates Inc | $ | $ | $ |
| 000009B | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue | $ | $ | $ |
| 000001C | Illinois Dept. of Employment Security | $ | $ | $ |

Total to be paid to subordinated unsecured creditors          $_____

Remaining Balance                                             $_____