UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                           §
                                                 §
DOMINIC FIORDIROSA               §        Case No. 12-43531
CONSTRUCTION CO.
                                                 §
             Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    U.S. Bankruptcy Court
    DIrksen Federal Building
    219 S. Dearborn St.
    Room 713
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/21/2014 in Courtroom 680,
    United States Courthouse
    219 S. Dearborn St.
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| DOMINIC FIORDIROSA § | Case No. 12-43531 |
| CONSTRUCTION CO. | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Dept. of Employment Security | $ | $ | $ | $ |
| 000024 | Union National Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: DiMonte & Lizak | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: DiMonte & Lizak | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, LTD | $ | $ | $ |
| Other: International Sureties, Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Employment Security | $ | $ | $ |
| 000009A | Department of the Treasury | $ | $ | $ |
| 000026A | Laborers Pension Fund et al | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Marlin Leasing Corporation | $ | $ | $ |
| 000003 | Casey Equipment Co. | $ | $ | $ |
| 000004 | West Side Tractor Sales Co. | $ | $ | $ |
| 000005 | Commercial Tire Service Inc | $ | $ | $ |
| 000006 | Capitol Const. Solutions Inc. | $ | $ | $ |
| 000007 | National Power Rodding Corp. | $ | $ | $ |
| 000008 | Crush-Crete, Inc. | $ | $ | $ |
| 000010 | Porte Brown LLC | $ | $ | $ |
| 000011 | A&A Equipment & Supply Company | $ | $ | $ |
| 000012 | City of Elgin | $ | $ | $ |
| 000013 | Sprint Nextel | $ | $ | $ |
| 000014 | Ziebell Water Service Products Inc. | $ | $ | $ |
| 000015 | Mirabella Kincaid Frederick & Mirabella LLC | $ | $ | $ |
| 000016A | Illinois Department of Revenue | $ | $ | $ |
| 000017 | Maurides Foley Tabangay & Turner | $ | $ | $ |
| 000018 | Concrete Specialties Co. | $ | $ | $ |
| 000019 | Mid American Water | $ | $ | $ |
| 000020 | Mid American Water of Wauconda Inc | $ | $ | $ |
| 000021 | Markham Asphalt Co. | $ | $ | $ |
| 000022 | Kieft Bros Inc | $ | $ | $ |
| 000023 | Nicor Gas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | North American Specialty Insurance Company | $ | $ | $ |
| 000027 | Barricade Lites Inc | $ | $ | $ |
| 000028 | Mosele & Associates Inc | $ | $ | $ |
| 000009B | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue | $ | $ | $ |
| 000001C | Illinois Dept. of Employment Security | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____

Prepared By: /s/_____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.