# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DOMINIC FIORDIROSA CONSTRUCTION CO. | § | Case No. 12-43531 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/21/2014 in Courtroom 680,
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DOMINIC FIORDIROSA § Case No. 12-43531
CONSTRUCTION CO. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 68,410.13 |
| and approved disbursements of | $ | 3,086.59 |
| leaving a balance on hand of[1] | $ | 65,323.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001A | Illinois Dept. of Employment Security | $ 46,246.65 | $ 46,246.65 | $ 0.00 | $ 0.00 |
| 000024 | Union National Bank | $ 512,627.01 | $ 512,627.01 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 65,323.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 6,670.51 | $ 0.00 | $ 6,670.51 |
| Attorney for Trustee Fees: DiMonte & Lizak | $ 27,400.00 | $ 0.00 | $ 27,400.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: DiMonte & Lizak | $ 225.73 | $ 0.00 | $ 225.73 |
| Accountant for Trustee Fees: Popowcer Katten, LTD | $ 6,035.50 | $ 0.00 | $ 6,035.50 |
| Other: International Sureties, Ltd | $ 72.82 | $ 72.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 40,331.74

Remaining Balance $ 24,991.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 182,854.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Employment Security | $ 50,210.58 | $ 0.00 | $ 0.00 |
| 000009A | Department of the Treasury | $ 86,397.10 | $ 0.00 | $ 0.00 |
| 000026A | Laborers Pension Fund et al | $ 46,246.65 | $ 0.00 | $ 24,991.80 |

Total to be paid to priority creditors $ 24,991.80

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,025,349.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Marlin Leasing Corporation | $ 4,206.00 | $ 0.00 | $ 0.00 |
| 000003 | Casey Equipment Co. | $ 81,345.81 | $ 0.00 | $ 0.00 |
| 000004 | West Side Tractor Sales Co. | $ 12,830.88 | $ 0.00 | $ 0.00 |
| 000005 | Commercial Tire Service Inc | $ 4,457.05 | $ 0.00 | $ 0.00 |
| 000006 | Capitol Const. Solutions Inc. | $ 17,536.42 | $ 0.00 | $ 0.00 |
| 000007 | National Power Rodding Corp. | $ 2,609.40 | $ 0.00 | $ 0.00 |
| 000008 | Crush-Crete, Inc. | $ 25,349.77 | $ 0.00 | $ 0.00 |
| 000010 | Porte Brown LLC | $ 26,239.50 | $ 0.00 | $ 0.00 |
| 000011 | A&A Equipment & Supply Company | $ 8,261.60 | $ 0.00 | $ 0.00 |
| 000012 | City of Elgin | $ 500.00 | $ 0.00 | $ 0.00 |
| 000013 | Sprint Nextel | $ 4,526.03 | $ 0.00 | $ 0.00 |
| 000014 | Ziebell Water Service Products Inc. | $ 134.26 | $ 0.00 | $ 0.00 |
| 000015 | Mirabella Kincaid Frederick & Mirabella LLC | $ 3,446.84 | $ 0.00 | $ 0.00 |
| 000016A | Illinois Department of Revenue | $ 39,538.20 | $ 0.00 | $ 0.00 |
| 000017 | Maurides Foley Tabangay & Turner | $ 14,434.70 | $ 0.00 | $ 0.00 |
| 000018 | Concrete Specialties Co. | $ 22,583.94 | $ 0.00 | $ 0.00 |
| 000019 | Mid American Water | $ 7,834.12 | $ 0.00 | $ 0.00 |
| 000020 | Mid American Water of Wauconda Inc | $ 21,636.66 | $ 0.00 | $ 0.00 |
| 000021 | Markham Asphalt Co. | $ 21,745.59 | $ 0.00 | $ 0.00 |
| 000022 | Kieft Bros Inc | $ 5,482.80 | $ 0.00 | $ 0.00 |
| 000023 | Nicor Gas | $ 1,030.74 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025 | North American Specialty Insurance Company | $ 623,577.00 | $ 0.00 | $ 0.00 |
| 000027 | Barricade Lites Inc | $ 7,199.40 | $ 0.00 | $ 0.00 |
| 000028 | Mosele & Associates Inc | $ 7,703.00 | $ 0.00 | $ 0.00 |
| 000009B | Department of the Treasury | $ 61,139.36 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 6,214.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016B | Illinois Department of Revenue | $ 5,334.43 | $ 0.00 | $ 0.00 |
| 000001C | Illinois Dept. of Employment Security | $ 880.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

Prepared By: /s/_____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 12-43531    Doc 60    Filed 07/14/14    Entered 07/16/14 23:43:20    Desc Imaged
Certificate of Notice    Page 6 of 10

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-43531-JPC
Dominic Fiordirosa Construction Co., Inc                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cmendoza1              Page 1 of 4              Date Rcvd: Jul 14, 2014
                               Form ID: pdf006              Total Noticed: 145

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2014.
```
db           +Dominic Fiordirosa Construction Co., Inc.,    956 Bluff City Blvd.,    Elgin, IL 60120-7594
19645653    +++A&A Equipment & Supply Company,    196 W Devon Avenue,    Bensenville, IL 60106-1148
19645654     +ADT Security Services Inc.,    c/o Richard T. Avis & Assoc. LLC,    PO Box 1008,
               Arlington Heights, IL 60006-1008
19645655      American Express,    Credit Dept.,    P.O. Box 981540,    El Paso, TX 79998-1540
19645656     +Andrew Yoblon PC,    3000 Dundee Rd, Ste 415,    Northbrook, IL 60062-2436
19645657     +Arnold Scott Harris PC,    222 Merchandise Mart Plaze, #1932,    Chicago, IL 60654-1420
19645658     +Asphalt Equipment & Supply,    110 S. Hamilton Road,    Arlington Heights, IL 60005-4806
19645662     +BMO Harris Bank,    Law Dept-21 East,    111 W Monroe St,    Chicago, IL 60603-4095
19645660    +++Barricade Lites Inc,    c/o MH Cohon,    PO Box 636,    Morton Grove, IL 60053-0636
19645661     +Bluff City Materials Inc.,    2252 Southwind Blvd.,    Bartlett, IL 60103-1304
19645663      Boughton Trucking & Materials,    11746 S. Naperville,    Plainfield, IL 60585
19645664     +C&M Pipe & Supply Co.,    19800 Stoney Island Ave.,    Lynwood, IL 60411-8671
19645667     +CBeyond,    13474 Collection Ctr. Drive,    Chicago, IL 60693-0134
19645676      CNA Deductible Recovery Group,    NW 7905,    PO Box 1450,    Minneapolis, MN 55485-1450
19645665     +Capitol Const. Solutions Inc.,    c/o Latimer LeVay Fyock LLC,    55 W Monroe St., Ste. 1100,
               Chicago, IL 60603-5128
19645666     +Casey Equipment Co.,    c/o Nigro Westfall & Gryska PC,    1793 Bloomingdale Raod,
               Glendale Heights, IL 60139-3800
19645668     +Chicago Public Schools,    125 S. Clark St., 6th Flr.,    Chicago, IL 60603-4045
19645669     +Chlorinating Ltd. Inc.,    530 W Colfax St.,    Palatine, IL 60067-2530
19645670     +Chlorination Specialists Inc.,    PO Box 744,    Warrenville, IL 60555-0744
19645671     +Citgo,    PO Box 923928,    Norcross, GA 30010-3928
19645673     +City of Chicago,    City Clerk,    121 N. LaSalle St., Rm. 107,    Chicago, IL 60602-1232
19645672      City of Chicago,    Dept. of Revenue,    22149 Network Place,    Chicago, IL 60673-1221
19645674     +City of Elgin,    PO Box 88025,    Chicago, IL 60680-1025
19645675      City of Northlake,    PO Box 76948,    Cleveland, OH 44101-6500
19645678     +ComEd Claims Dept.,    3 Lincoln Ctr. 4th Flr.,    Oakbrook Terrace, IL 60181-4204
19645679    +++Commercial Tire Service Inc,    1105 North 30th Ave.,    Melrose Park, IL 60160-3062
19645680    +++Concrete Specialties Co.,    Carl E Metz II,    Falk Metz LLC,    20 S Clark Street Suite 1900,
               Chicago, IL 60603-1884
19645681     +Constabile & Steffens PC,    1805 Hicks Road,    Rolling Meadows, IL 60008-1215
19645683    +++Crush-Crete, Inc.,    Kenneth Mastny,    Berglund Armstrong & Mastny PC,    1010 Jorie Blvd. Ste 370,
               Oak Brook, IL 60523-4467
19645684     +D&D Concrete, Inc.,    4210 Legend Court,    Naperville, IL 60564-9764
19645685     +De Large Landen,    PO Box 41601,    Philadelphia, PA 19101-1601
19645712    +++Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
19645686     +E&R Asphalt Paving Inc.,    634 Arlington Road,    Inverness, IL 60067-4384
19645687      Elmhust Chicago Stone,    PO Box 57,    Elmhurst, IL 60126-0057
19645689     +FHS Cartage Co.,    301 Dale Drive 3B,    Addison, IL 60101-3620
19645688     +Farm Bureau Life Ins. Co.,    Attn: Real Estate & Com. Mort. Mgr.,    5400 University Ave.,
               West Des Moines, IA 50266-5997
19645690      Firstsource Advantage LLC,    P.O.Box 628,    Buffalo, NY 14240-0628
19645692     +G&M Trucking Inc.,    c/o Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
19645693     +GC Services Ltd. Partnership,    6330 Gulfton,    Houston, TX 77081-1198
19645694     +Geocon Professional Services LLC,    3000 Research Rd., Ste. 1,    Champaign, IL 61822-1012
19645695     +Graber Engineering,    24 W 121 Army Trail Rd,    Bloomingdale, IL 60108-1375
19645696     +H&D Waterworks,    PO Box 91036,    Chicago, IL 60693-1036
19645697     +Hard Rock Concrete Cutters Inc.,    601 Chaddick Drive,    Wheeling, IL 60090-6053
19645698     +Hart’s Tractor Co. Inc.,    c/o Nigro Westfall Gryska PC,    1793 Bloomingdale Rd.,
               Glendale Heights, IL 60139-3800
19645700     +Healy Asphalt Co. LLC,    3401 S Busse Rd,    Mount Prospect, IL 60056-5562
19645701     +Henry Bros. Const. Corp.,    9821 S 78th Ave,    Hickory Hills, IL 60457-2324
19645702     +Hills and Dales Construction Inc.,    71 Brinker Road,    Barrington Hills, IL 60010-5132
19645703      ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
19645707     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph,    Chicago, IL 60601)
19645714     +IUOE Local 150 Legal Dept.,    Attn: Melinda Hensel,    6140 Joliet Road,
               Countryside, IL 60525-3956
19645704     +Ill. Dept. of Employment Security,    Collections Section,    33 S State St 10th Flr,
               Chicago, IL 60603-2808
19645705     +Illini Televising, Inc.,    PO Box 435,    Belvidere, IL 61008-0435
19645706     +Illinois Central Sweeping Services,    2307 West 135th Place,    Blue Island, IL 60406-2904
20361255      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19645708     +Illinois Department of Trans.,    2300 S Dirksen Pkwy Room 300,    Springfield, IL 62764-0001
19695397     +Illinois Dept. of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
               Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
19645709     +Illinois Road & Trans. Builders,    500 Park Blvd., Ste. 1250,    Itasca, IL 60143-1287
19645710     +Illinois Secretary of State,    501 S. Second St.,    Springfield, IL 62756-0002
19645711     +Illinois State Toll Hwy Authority,    2700 OGDEN AVE,    Downers Grove, IL 60515-1703
19645713     +Internal Revenue Service,    District Counsel,    200 W Adams St., Suite 2300,
               Chicago, IL 60606-5231
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 4               Date Rcvd: Jul 14, 2014
                              Form ID: pdf006              Total Noticed: 145


19645716       +JP Morgan Chase,    Legal Dept.,    313 S. Dearborn St., 5th Flr.,    Chicago, IL 60604
19645715        James D. Fiala Paving,    500 East Frontage Road,    Bolingbrook, IL 60440
19645717       +Kanzler Landscape Contractor, Inc.,    PO box 626,    Wauconda, IL 60084-0626
19645718       +Kara Company Inc.,    5255 Dansher Road,    Countryside, IL 60525-3123
19645719       +Kevin A Chrzanowski,    Zukowski Rogers Flood McArdle,    50 Virginia St,
                 Crystal Lake, IL 60014-4126
20442795       +Kieft Bros Inc,    837 S Riverside Dr,    Elmhurst, IL 60126-4964
19645720       +Kieft Bros. Inc.,    c/o Law Offices of Anthony Suizzo,    1701 E Lake Ave Ste 310,
                 Glenview, IL 60025-2061
19645721     +++Laborers Pension Fund et al,    c/o Jason McGaughy,    230 W Monroe St Ste 2600,
                 Chicago, IL 60606-4969
19645723       +Laraia, Harrison, Laraia PC,    1761 S Naperville Rd, Ste. 203,    Wheaton, IL 60189-5846
19645724       +M. DuBay,    Hunter Warfield,    4620 Woodland Corp. Blvd.,    Tampa, FL 33614-2415
19645725        Mark T. Rodriguez Law,    364 Pennsylvania Ave. Ste. 1-W,    Romeoville, IL 60446
19645726       +Mark-It Corp.,    643 Parkwood Ave.,    Romeoville, IL 60446-1351
19645727       +Markham Asphalt Co.,    Rathje & Woodward, LLC,    Attn: Derek M Johnson,
                 300 E Roosevelt Rd, Ste 300,    Wheaton, IL 60187-1908
19645728       +Marlin Leasing Corp.,    Attn: Edward R. Diez, Esq.,    300 Fellowship Road,
                 Mount Laurel, NJ 08054-1727
20029790       +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, New Jersey 08054-1727,
                 ATTN: Bankruptcy
19645729       +Maurides Foley Tabangay & Turner,    33 N LaSalle St., Ste. 1910,    Chicago, IL 60602-3227
20409617       +Maurides Foley Tabangay & Turner, LLC,    33 N. LaSalle, Suite 1910,    Chicago, IL 60602-3227
19645730       +Mayleen Mendelson Court Reporters,    120 W Madison St., Ste. 1212,    Chicago, IL 60602-4140
19645731        Mercedes Benz Financial,    PO Box 9001680,    Louisville, KY 40290-1680
19645732      #+Meyer Material Co.,    580 South Wolf Road,    Des Plaines, IL 60016-3139
19645734     +++Mid American Water,    1500 E Mountain,    Aurora, IL 60505-2441
19645733     +++Mid American Water of Wauconda, Inc,    1125 N Old Rand Road,    Wauconda, IL 60084-1203
19645735       +Midwest Chlorinating & Testing, Inc,    420 S Western Ave,    Bartlett, IL 60103-4579
19645736        Midwest Oper. Eng. Welfare Fund,    c/o D. Pierson, IFWW PC,    6141 Joliet Road,
                 Countryside, IL 60525
19645737        Midwest Operating Eng. Welf. Fund,    c/o Melinda Hensel,    6141 Joliet Road,
                 Countryside, IL 60525
20329793     +++Mirabella Kincaid Frederick & Mirabella LLC,     Benjamin W Meyer Esq,
                 1737 S Naperville Road, Suite 100,    Wheaton, IL 60189-5894
19645738     +++Mosele & Associates Inc,    34523 N Wilson Road,    Ingleside, IL 60041-9270
19645739       +NAS Surety Group,    Attn: Randall Ney,    475 N Martingale Road, Ste. 850,
                 Schaumburg, IL 60173-2276
19645740        National Power Rodding Corp.,    2500 W Arthington St.,    Chicago, IL 60612-4108
19645742        Neenah Foundry Co.,    NFCO Box 729,    Neenah, WI 54956-0729
19645745       +Nissi Group Inc.,    c/o J.S. Barney & Assoc. Ltd.,    323 W Main St.,    Barrington, IL 60010-4275
20463929       +North American Specialty Insurance Company,     c/o Leo & Weber, P.C.,    Michael J Weber,
                 One N. LaSalle St., Suite 3600,    Chicago IL 60602-4015
19645747        Northwestern Mutual Insurance,    PO Box 3007,    Milwaukee, WI 53201-3007
19645748       +O Learys Contractors Equipment,    c/o Pucin & Friedland PC,    1699 E Woodfield Rd Ste 360A,
                 Schaumburg, IL 60173-4935
19645749       +Olson Service Co.,    PO Box 7867,    Gurnee, IL 60031-7006
19645750       +Orange Crush LLC,    321 Center St.,    Hillside, IL 60162-1814
19645751        Osco, Inc.,    PO Box 70,    Lemont, IL 60439-0070
19645752       +Panera Bread Co.,    c/o Ill. Corp. Serv. Co.,    801 Adlai Stevenson Drive,
                 Springfield, IL 62703-4261
19645753       +Patten Industries, Inc.,    c/o Ryd Law Group,    1900 Spring Road, Ste. 216,
                 Oak Brook, IL 60523-1479
19645754       +Petroliance LLC,    c/o Teller Levit Silvertrust PC,    19 S LaSalle St. #701,
                 Chicago, IL 60603-1431
19645755       +Pirtek Ohare,    1499 Tonne Road,    Elk Grove Village, IL 60007-5003
19645756     +++Porte Brown LLC,    845 Oakton St.,    Elk Grove Village, IL 60007-1904
19645757       +Prarie Material Sales Inc,    5185 Paysphere Circle,    Chicago, IL 60674-0051
19645758       +Public Building Commission,    50 W Washington, Room 200,    Chicago, IL 60602-1433
19645759       +Quest Diagnostics, Inc.,    PO Box 740709,    Atlanta, GA 30374-0709
19645760       +Rathje Woodward LLC,    300 E Roosevelt Rd., Ste. 300,    Wheaton, IL 60187-1908
19645761       +Ridgeline Consultants LLC,    1661 Aucutt Road,    Montgomery, IL 60538-1124
19645763       +Scorpio Excavating,    c/o Garbis Law Firm LLC,    7101 N Cicero Ave Ste 104,
                 Lincolnwood, IL 60712-2112
19645764       +Smith Specialized Hauling,    197 Harvestore Drive, Ste. 2,    DeKalb, IL 60115-8733
20269021     +++Sprint Nextel,    Sprint Nextel - Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
19645766       +Stahl Cowen Crowley Addis LLC,    55 W Monroe Street, suite 1200,    Chicago, IL 60603-5127
19645768       +Sutton Park Developers LLC,    Attn: Gregory Fix,    4104 N Harlem Ave.,    Norridge, IL 60706-1244
19645769       +Teller, Levit & Silvertrust PC,    19 S. LaSalle Ste. 701,    Chicago, IL 60603-6369
19645770        Testing Service Corp.,    c/o CST Co. Inc.,    PO Box 33127,    Louisville, KY 40232-3127
19645771        Thelen Materials,    28955 W Route 173,    Antioch, IL 60002
19645772       +Travelers,    Attn: Salvatore Marino,    One Tower Square Mail Code 9CR,    Hartford, CT 06183-0002
19645773       +Travelers Casualty & Surety,    215 Shuman Blvd.,    Naperville, IL 60563-8458
19645774       +Twinz Services,    2758 US Hwy 34 Ste B#179,    Oswego, IL 60543-8301
19645778        UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
19645779       +US Small Business Administration,    Illinois District Office,    500 W Madison St., Ste. 1250,
                 Chicago, IL 60661-4552
19645775     +++Union National Bank,    c/o Jeffrey S Burns,    20 S Clark Suite 2310,    Chicago, IL 60603-1806
19645777       +United States Attorney,    219 S. Dearborn St.,    Suite 500,    Chicago, IL 60604-2029
```

```
District/off: 0752-1          User: cmendoza1              Page 3 of 4                   Date Rcvd: Jul 14, 2014
                              Form ID: pdf006              Total Noticed: 145

19645781      +V&N Concrete Products,    35 Forestwood Drive,    Romeoville, IL 60446-1343
19645782      +Village of Addison Photo Enf. Prog.,    PO Box 5905,    Carol Stream, IL 60197-5905
19645783      +Village of Roselle,    474 Congress Circle,    Roselle, IL 60172-3904
19645784      +Village of Stone Park,    39775 Treasury Center,    Chicago, IL 60694-9700
19645785      +Village of Westchester,    10300 West Roosevelt Road,    Westchester, IL 60154-2596
19645786       Vulcan Materials Company,    c/o Receivables Control Corp.,    7373 Kirkwood Court, Ste. 200,
                Minneapolis, MN 55369
19645787      +Wally's Printing,    969 N Farnsworth Ave,    Aurora, IL 60505-2055
19645788      +Wells Fargo Equipment Finance,    1540 W Fountainhead Pkwy,    Tempe, AZ 85282-1839
19645789      +West Side Tractor Sales Co.,    c/o Michael Nigro,    1793 Bloomingdale Rd.,
                Glendale Heights, IL 60139-3800
19645790      +Windy City Truck Repair,    61 S Mitchell Ct.,    Addison, IL 60101-1416
19645791      +Ziebell Water Service Products Inc.,    2001 Pratt Blvd.,    Elk Grove Village, IL 60007-5987

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19645659      +E-mail/Text: g20956@att.com Jul 15 2014 01:13:48      AT&T,   Attn: Bankruptcy Dept.,
                5407 Andrews Highway,    Midland, TX 79706-2851
20201900      +E-mail/Text: nawrocki_d@cityofelgin.org Jul 15 2014 01:13:25      City of Elgin,    150 Dexter Ct,
                Elgin, IL 60120-5555
19645677      +E-mail/Text: legalcollections@comed.com Jul 15 2014 01:13:49      ComEd,    Bankruptcy Dept.,
                P.O. Box 87522,    Chicago, IL 60680-0522
19645682      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Jul 15 2014 01:13:10      Cook County Treasurer,
                118 N. Clark St., Suite 112,    Chicago, IL 60602-1590
19645699      +E-mail/Text: dsolideo@glc-law.com Jul 15 2014 01:11:58      Hartwig Plumbing & Heating,
                c/o Grabowski Law Center LLC,    1400 E Lake Cook Rd, Ste 110,    Buffalo Grove, IL 60089-1865
19645741      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 15 2014 01:12:59      NCO Financial Systems,
                600 Holiday Plaza Drive, Ste. 300,    Matteson, IL 60443-2238
19645744      +E-mail/Text: bankrup@aglresources.com Jul 15 2014 01:11:20      Nicor,    1844 Ferry Road,
                Naperville, IL 60563-9600
20449663      +E-mail/Text: bankrup@aglresources.com Jul 15 2014 01:11:20      Nicor Gas,    PO Box 549,
                Aurora IL 60507-0549
19645746      +E-mail/Text: artur.wisniewski@eulerhermes.com Jul 15 2014 01:12:49
                North American Specialty Insurance,    c/o Euler Hermes UMA,    600 S. 7th St.,
                Louisville, KY 40203-1968
19645743       E-mail/Text: appebnmailbox@sprint.com Jul 15 2014 01:12:26      Nextel Communications,
                PO Box 4181,    Carol Stream, IL 60197-6220
19645762      +E-mail/Text: bankruptcies@libertymutual.com Jul 15 2014 01:12:36      Safeco Ins.,    PO Box 6486,
                Carol Stream, IL 60197-6486
19645765      +E-mail/Text: appebnmailbox@sprint.com Jul 15 2014 01:12:26      Sprint,    Sprint Customer Service,
                PO box 8077,    LONDON, KY 40742-8077
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            American Auction Associates Inc
aty            DiMonte & Lizak, LLC
aty            Lois West
aty            Popowcer Katten Ltd
19645722       Laborers Welfare Fund
19645780*     +US Small Business Administration,    Illinois District Office,    500 W Madison St., Ste. 1250,
                Chicago, IL 60661-4552
19645691     ##+FleetCor,   655 Engineering Drive, Ste. 300,    Norcross, GA 30092-2843
19645767     ##+Susquehanna Commercial Finance,    1566 Medical Drive Suite 201,    Pottstown, PA 19464-3229
19645776     ##+United Rentals Inc.,    8545 W 191st St.,    Mokena, IL 60448-8621
                                                                                   TOTALS: 5, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: cmendoza1              Page 4 of 4                  Date Rcvd: Jul 14, 2014
                               Form ID: pdf006              Total Noticed: 145
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2014 at the address(es) listed below:
              Carl E Metz, II    on behalf of Creditor    Concrete Specialties Co. cmetz@falkmetz.com,
               nsteponik@falkmetz.com
              David S Adduce    on behalf of Creditor    BANK OF AMERICA, N.A. dadduce@komdr.com
              Derek  Johnson    on behalf of Creditor    Markham Asphalt Company djohnson@rathjewoodward.com,
               bpullin@rathjewoodward.com,rpeck@rathjewoodward.com,
              Ira P Goldberg     on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
               jhutter@dimontelaw.com
              Jonathan D. Golding    on behalf of Debtor    Dominic Fiordirosa Construction Co., Inc.
               jgolding@goldinglaw.net
              Karen I. Engelhardt    on behalf of Creditor    Laborers' Pension Fund et al. kie@ask-attorneys.com
              Kenneth M Mastny    on behalf of Creditor    CRUSH CRETE INC ken.mastny@gmail.com,
               berglundmastny@aol.com
              Marcos  Trevino    on behalf of Creditor Feliberto  Perez Sr mptrevino@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Weltlich    on behalf of Creditor    Tonyan Bros, Inc. pweltlich@lksu.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
              Sara  Schumann    on behalf of Creditor    Laborers' Pension Fund et al. schumann@ask-attorneys.com
                                                                                             TOTAL: 12
```