# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                      §
                                            §
DOMINIC FIORDIROSA                          §        Case No. 12-43531
CONSTRUCTION CO.                            §
                                            §
            Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | | | | |
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | | | | |
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | | | | |
| 000024 | UNION NATIONAL BANK | | | | | |
| 000001A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| DIMONTE & LIZAK | | | | | |
| DIMONTE & LIZAK | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| AMERICAN AUCTION ASSOCTIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ill. Dept. of Employment Security Collections Section 33 S State St 10th Flr Chicago, IL 60603 | | | | | |
| | Internal Revenue Service District Director 230 S. Dearborn Street Chicago, IL 60651 | | | | | |
| 000026A | LABORERS PENSION FUND ET AL | | | | | |
| 000009A | DEPARTMENT OF THE TREASURY | | | | | |
| 000001B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&A Equipment & Supply Co. 196 W Devon Ave Bensenville, IL 60106 | | | | | |
| | ADT Security Services Inc. c/o Richard T. Avis & Assoc. LLC PO Box 1008 Arlington Heights, IL 60006 | | | | | |
| | AT&T Attn: Bankruptcy Dept. 5407 Andrews Highway Midland, TX 79706 | | | | | |
| | American Express Credit Dept. P.O. Box 981540 El Paso, TX 79998-1540 | | | | | |
| | Asphalt Equipment & Supply 110 S. Hamilton Road Arlington Heights, IL 60005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barricade Lites Inc. c/o Law Offices of MH Cohon PO Box 636 Morton Grove, IL 60053 | | | | | |
| | Bluff City Materials Inc. 2252 Southwind Blvd. Bartlett, IL 60103 | | | | | |
| | Boughton Trucking & Materials 11746 S. Naperville Plainfield, IL 60585 | | | | | |
| | C&M Pipe & Supply Co. 19800 Stoney Island Ave. Lynwood, IL 60411 | | | | | |
| | CBeyond 13474 Collection Ctr. Drive Chicago, IL 60693 | | | | | |
| | CNA Deductible Recovery Group NW 7905 PO Box 1450 Minneapolis, MN 55485-1450 | | | | | |
| | Capitol Const. Solutions Inc. c/o Latimer LeVay Fyock LLC 55 W Monroe St., Ste. 1100 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Casey Equipment Co. c/o Nigro Westfall & Gryska PC 1793 Bloomingdale Raod Glendale Heights, IL 60139 | | | | | |
| | Chlorinating Ltd. Inc. 530 W Colfax St. Palatine, IL 60067-2341 | | | | | |
| | Chlorination Specialists Inc. PO Box 744 Warrenville, IL 60555 | | | | | |
| | Citgo PO Box 923928 Norcross, GA 30010 | | | | | |
| | City of Chicago Dept. of Revenue 22149 Network Place Chicago, IL 60673-1221 | | | | | |
| | City of Elgin PO Box 88025 Chicago, IL 60680 | | | | | |
| | City of Northlake PO Box 76948 Cleveland, OH 44101-6500 | | | | | |
| | ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Claims Dept. 3 Lincoln Ctr. 4th Flr. Oakbrook Terrace, IL 60181 | | | | | |
| | Commercial Tire Service 1105 North 30th Ave. Melrose Park, IL 60160 | | | | | |
| | Concrete Specialties Co. PO Box 7369 Romeoville, IL 60446 | | | | | |
| | Constabile & Steffens PC 1805 Hicks Road Rolling Meadows, IL 60008 | | | | | |
| | Cook County Treasurer 118 N. Clark St., Suite 112 Chicago, IL 60602 | | | | | |
| | Crush-Crete, Inc. c/o Berglund Armstrong & Mastny PC 1010 Jorie Blvd. Ste 370 Oak Brook, IL 60523 | | | | | |
| | De Large Landen PO Box 41601 Philadelphia, PA 19101 | | | | | |
| | E&R Asphalt Paving Inc. 634 Arlington Road Inverness, IL 60067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhust Chicago Stone PO Box 57 Elmhurst, IL 60126-0057 | | | | | |
| | FHS Cartage Co. 301 Dale Drive 3B Addison, IL 60101 | | | | | |
| | Firstsource Advantage LLC P.O.Box 628 Buffalo, NY 14240-0628 | | | | | |
| | G&M Trucking Inc. c/o Blitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090 | | | | | |
| | Geocon Professional Services LLC 3000 Research Rd., Ste. 1 Champaign, IL 61822 | | | | | |
| | Graber Engineering 24 W 121 Army Trail Rd Bloomingdale, IL 60108 | | | | | |
| | H&D Waterworks PO Box 91036 Chicago, IL 60693 | | | | | |
| | Hard Rock Concrete Cutters Inc. 601 Chaddick Drive Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hart's Tractor Co. Inc. c/o Nigro Westfall Gryska PC 1793 Bloomingdale Rd. Glendale Heights, IL 60139 | | | | | |
| | Hartwig Plumbing & Heating c/o Grabowski Law Center LLC 1400 E Lake Cook Rd, Ste 110 Buffalo Grove, IL 60089-8218 | | | | | |
| | Healy Asphalt Co. LLC 3401 S Busse Rd Mount Prospect, IL 60056 | | | | | |
| | Hills and Dales Construction Inc. 71 Brinker Road Barrington Hills, IL 60010 | | | | | |
| | ICS PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | IUOE Local 150 Legal Dept. Attn: Melinda Hensel 6140 Joliet Road Countryside, IL 60525 | | | | | |
| | Illini Televising, Inc. PO Box 435 Belvidere, IL 61008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Central Sweeping Services 2307 West 135th Place Blue Island, IL 60406 | | | | | |
| | Illinois Road & Trans. Builders 500 Park Blvd., Ste. 1250 Itasca, IL 60143 | | | | | |
| | Illinois Secretary of State 501 S. Second St. Springfield, IL 62756 | | | | | |
| | Illinois State Toll Hwy Authority 2700 OGDEN AVE Downers Grove, IL 60515 | | | | | |
| | James D. Fiala Paving 500 East Frontage Road Bolingbrook, IL 60440 | | | | | |
| | Kanzler Landscape Contractor, Inc. PO box 626 Wauconda, IL 60084 | | | | | |
| | Kara Company Inc. 5255 Dansher Road Countryside, IL 60525 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kieft Bros. Inc. c/o Law Offices of Anthony Suizzo 1701 E Lake Ave Ste 310 Glenview, IL 60025-2065 | | | | | |
| | Laborers Pension Fund c/o Allison, Slutsky & Kennedy PC 230 W Monroe St., Ste. 2600 Chicago, IL 60606 | | | | | |
| | Laraia, Harrison, Laraia PC 1761 S Naperville Rd, Ste. 203 Wheaton, IL 60189 | | | | | |
| | Mark T. Rodriguez Law 364 Pennsylvania Ave. Ste. 1-W Romeoville, IL 60446 | | | | | |
| | Mark-It Corp. 643 Parkwood Ave. Romeoville, IL 60446 | | | | | |
| | Markham Asphalt Co./K-5 Const. Co. 13769 Main St. Lemont, IL 60439 | | | | | |
| | Marlin Leasing Corp. Attn: Edward R. Diez, Esq. 300 Fellowship Road Mount Laurel, NJ 08054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maurides Foley Tabangay & Turner 33 N LaSalle St., Ste. 1910 Chicago, IL 60602 | | | | | |
| | Mayleen Mendelson Court Reporters 120 W Madison St., Ste. 1212 Chicago, IL 60602 | | | | | |
| | Mercedes Benz Financial PO Box 9001680 Louisville, KY 40290-1680 | | | | | |
| | Meyer Material Co. 580 South Wolf Road Des Plaines, IL 60016 | | | | | |
| | Mid American Water of Wauconda Inc 1125 N Old Rand Rd. Wauconda, IL 60084 | | | | | |
| | Mid American Water, Inc. 1500 Mountain Aurora, IL 60505 | | | | | |
| | Midwest Chlorinating & Testing, Inc 420 S Western Ave Bartlett, IL 60103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Operating Eng. Welf. Fund c/o Melinda Hensel 6141 Joliet Road Countryside, IL 60525 | | | | | |
| | Mosele & Assoc. 34523 N Wilson Rd Ingleside, IL 60041 | | | | | |
| | NAS Surety Group Attn: Randall Ney 475 N Martingale Road, Ste. 850 Schaumburg, IL 60173 | | | | | |
| | National Power Rodding Corp. 2500 W Arthington St. Chicago, IL 60612-4108 | | | | | |
| | Neenah Foundry Co. NFCO Box 729 Neenah, WI 54956-0729 | | | | | |
| | Nextel Communications PO Box 4181 Carol Stream, IL 60197-6220 | | | | | |
| | Nicor 1844 Ferry Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissi Group Inc. c/o J.S. Barney & Assoc. Ltd. 323 W Main St. Barrington, IL 60010 | | | | | |
| | North American Specialty Insurance c/o Euler Hermes UMA 600 S. 7th St. Louisville, KY 40201-1672 | | | | | |
| | Northwestern Mutual Insurance PO Box 3007 Milwaukee, WI 53201-3007 | | | | | |
| | O Learys Contractors Equipment c/o Pucin & Friedland PC 1699 E Woodfield Rd Ste 360A Schaumburg, IL 60173 | | | | | |
| | Olson Service Co. PO Box 7867 Gurnee, IL 60031-7867 | | | | | |
| | Orange Crush LLC 321 Center St. Hillside, IL 60162 | | | | | |
| | Osco, Inc. PO Box 70 Lemont, IL 60439-0070 | | | | | |
| | Patten Industries, Inc. c/o Ryd Law Group 1900 Spring Road, Ste. 216 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Petroliance LLC c/o Teller Levit Silvertrust PC 19 S LaSalle St. #701 Chicago, IL 60603 | | | | | |
| | Pirtek Ohare 1499 Tonne Road Elk Grove Village, IL 60007 | | | | | |
| | Porte Brown LLC 845 Oakton St. Elk Grove Village, IL 60007-1904 | | | | | |
| | Prarie Material Sales Inc. 5185 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Quest Diagnostics, Inc. PO Box 740709 Atlanta, GA 30374 | | | | | |
| | Ridgeline Consultants LLC 1661 Aucutt Road Montgomery, IL 60538 | | | | | |
| | Safeco Ins. PO Box 6486 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Scorpio Excavating c/o Garbis Law Firm LLC 7101 N Cicero Ave Ste 104 Lincolnwood, IL 60712 | | | | | |
| | Smith Specialized Hauling 197 Harvestore Drive, Ste. 2 DeKalb, IL 60115 | | | | | |
| | Sprint Sprint Customer Service PO box 8077 LONDON, KY 40742 | | | | | |
| | Stahl Cowen Crowley Addis LLC 55 W Monroe Street, suite 1200 Chicago, IL 60603-5001 | | | | | |
| | Susquehanna Commercial Finance 1566 Medical Drive Suite 201 Pottstown, PA 19464 | | | | | |
| | Testing Service Corp. c/o CST Co. Inc. PO Box 33127 Louisville, KY 40232-3127 | | | | | |
| | Thelen Materials 28955 W Route 173 Antioch, IL 60002 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Attn: Salvatore Marino One Tower Square Mail Code 9CR Hartford, CT 06183 | | | | | |
| | Twinz Services 2758 US Hwy 34 Ste B#179 Oswego, IL 60543 | | | | | |
| | UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | | | | |
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | | | | |
| | United Rentals Inc. 8545 W 191st St. Mokena, IL 60448 | | | | | |
| | V&N Concrete Products 35 Forestwood Drive Romeoville, IL 60446 | | | | | |
| | Village of Addison Photo Enf. Prog. PO Box 5905 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Roselle 474 Congress Circle Roselle, IL 60172 | | | | | |
| | Village of Stone Park 39775 Treasury Center Chicago, IL 60694 | | | | | |
| | Village of Westchester 10300 West Roosevelt Road Westchester, IL 60154 | | | | | |
| | Vulcan Materials Company c/o Receivables Control Corp. 7373 Kirkwood Court, Ste. 200 Minneapolis, MN 55369 | | | | | |
| | Wally's Printing 969 N Farnsworth Ave Aurora, IL 60505 | | | | | |
| | Wells Fargo Equipment Finance 1540 W Fountainhead Pkwy Tempe, AZ 85282 | | | | | |
| | West Side Tractor Sales Co. c/o Michael Nigro 1793 Bloomingdale Rd. Glendale Heights, IL 60139 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Windy City Truck Repair 61 S Mitchell Ct. Addison, IL 60101 | | | | | |
| | Ziebell Water Service Products Inc. 2001 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | |
| 000011 | A&A EQUIPMENT & SUPPLY COMPANY | | | | | |
| 000027 | BARRICADE LITES INC | | | | | |
| 000006 | CAPITOL CONST. SOLUTIONS INC. | | | | | |
| 000003 | CASEY EQUIPMENT CO. | | | | | |
| 000012 | CITY OF ELGIN | | | | | |
| 000005 | COMMERCIAL TIRE SERVICE INC | | | | | |
| 000018 | CONCRETE SPECIALTIES CO. | | | | | |
| 000008 | CRUSH-CRETE, INC. | | | | | |
| 000009B | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000022 | KIEFT BROS INC | | | | | |
| 000021 | MARKHAM ASPHALT CO. | | | | | |
| 000002 | MARLIN LEASING CORPORATION | | | | | |
| 000017 | MAURIDES FOLEY TABANGAY & TURNER | | | | | |
| 000019 | MID AMERICAN WATER | | | | | |
| 000020 | MID AMERICAN WATER OF WAUCONDA INC | | | | | |
| 000015 | MIRABELLA KINCAID FREDERICK & MIRAB | | | | | |
| 000028 | MOSELE & ASSOCIATES INC | | | | | |
| 000007 | NATIONAL POWER RODDING CORP. | | | | | |
| 000023 | NICOR GAS | | | | | |
| 000025 | NORTH AMERICAN SPECIALTY INSURANCE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PORTE BROWN LLC | | | | | |
| 000013 | SPRINT NEXTEL | | | | | |
| 000004 | WEST SIDE TRACTOR SALES CO. | | | | | |
| 000014 | ZIEBELL WATER SERVICE PRODUCTS INC. | | | | | |
| 000016B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001C | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-43531    JPC    Judge: JACQUELINE P. COX | |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Date Filed (f) or Converted (c): | 10/31/12 (f) |
| 341(a) Meeting Date: | 01/03/13 |
| Claims Bar Date: | 05/10/13 |

For Period Ending:  10/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 3,109.21 | 3,054.37 | | 3,054.37 | FA |
| 2. MACHINERY & EQUIPMENT | Unknown | 17,000.00 | | 17,000.00 | FA |
| 3. INSURANCE POLICIES | 0.00 | 48,355.76 | | 48,355.76 | FA |
| 4. ACCOUNTS RECEIVABLE | 1,300,000.00 | 0.00 | | 0.00 | FA |
| 5. BMO Harris | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. Transamerica Life Insurance Co. Policy 6006543 | 64,000.00 | 0.00 | | 0.00 | FA |
| 8. Three Pickup Trucks | Unknown | 0.00 | | 0.00 | FA |
| 9. OFFICE FURNITURE | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Computers | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY & EQUIPMENT   Two back hoes | Unknown | 0.00 | | 0.00 | FA |
| 12. MACHINERY & EQUIPMENT   Three loaders | Unknown | 0.00 | | 0.00 | FA |
| 13. MACHINERY & EQUIPMENT   One skidster | Unknown | 0.00 | | 0.00 | FA |
| 14. MACHINERY & EQUIPMENT   Two Trailers | Unknown | 0.00 | | 0.00 | FA |
| 15. MACHINERY & EQUIPMENT   Construction Supplies and miscellaneous equipment | 10,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,382,109.21 | $68,410.13 | $68,410.13 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-43531    JPC    Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | 341(a) Meeting Date: | 01/03/13 |
| | | Claims Bar Date: | 05/10/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hearing on Motion to address claims set for 4/25/14.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-43531 -JPC | | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******7019  Checking Account |
| Taxpayer ID No: | *******2535 | | | | |
| For Period Ending: | 10/10/14 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/13 | 1 | Winfield Community Bank | DEPOSIT | 1129-000 | 3,054.37 | | 3,054.37 |
| 03/01/13 | 2 | Susan M. Weist | DEPOSIT | 1129-000 | 17,000.00 | | 20,054.37 |
| 03/18/13 | 3 | Transamerica Life Insurance Company | DEPOSIT | 1129-000 | 48,355.76 | | 68,410.13 |
| | | 4333 Edgewood Rd NE | | | | | |
| | | Cedar Rapids, IA | | | | | |
| 03/27/13 | 010001 | American Auction Assoctiates, Inc. | Per court order 2/6/13. | 3610-000 | | 1,700.00 | 66,710.13 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.26 | 66,647.87 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.88 | 66,551.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.94 | 66,453.05 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.61 | 66,357.44 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.66 | 66,258.78 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.51 | 66,160.27 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 95.20 | 66,065.07 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.22 | 65,966.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.91 | 65,871.94 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.93 | 65,774.01 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.79 | 65,676.22 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.20 | 65,588.02 |
| 04/01/14 | 010002 | International Sureties, Ltd | BOND PAYMENT | 2300-000 | | 72.82 | 65,515.20 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.51 | 65,417.69 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.15 | 65,323.54 |
| 08/25/14 | 010003 | DiMonte & Lizak | Attorney for Trustee Fees (Trustee | | | 27,625.73 | 37,697.81 |
| | | 216 W. Higgins Rd | | | | | |

| | | | Page Subtotals | | 68,410.13 | 30,712.32 | |

Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

FORM 2                          Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| Case No: | 12-43531 -JPC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7019 Checking Account |
| Taxpayer ID No: | *******2535 | | | |
| For Period Ending: | 10/10/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Park Ridge, IL 60608 | Fees 27,400.00 | 3210-000 | | | |
| | | | Expenses 225.73 | 3220-000 | | | |
| 08/25/14 | 010004 | Popowcer Katten, LTD | Accountant for Trustee Fees (Other | 3410-000 | | 6,035.50 | 31,662.31 |
| | | 35 E. Wacker Dr, Suite 1550 | | | | | |
| | | Chicago, IL 60601-2124 | | | | | |
| 08/25/14 | 010005 | Robert B. Katz | TRUSTEE FEES | 2100-000 | | 6,670.51 | 24,991.80 |
| | | 53 West Jackson Blvd | | | | | |
| | | Suite 1320 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 08/25/14 | 010006 | Laborers Pension Fund et al | Claim 000026A, Payment 54.04024% | 5400-000 | | 24,991.80 | 0.00 |
| | | c/o Jason McGaughy | This distribution is made pursuant to ORDER | | | | |
| | | 230 W Monroe St Ste 2600 | GRANTING MOTION TO APPROVE entered by the | | | | |
| | | Chicago, IL 60606 | court on or about 4/30/14. See docket #54. | | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | 68,410.13 | 68,410.13 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 68,410.13 | 68,410.13 |
| Less: Payments to Debtors | | 0.00 |
| Net | 68,410.13 | 68,410.13 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7019 | 68,410.13 | 68,410.13 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 68,410.13 | 68,410.13 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00          37,697.81

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-43531  -JPC | |
| Case Name: | DOMINIC FIORDIROSA CONSTRUCTION CO. | |
| | | |
| Taxpayer ID No: | *******2535 | |
| For Period Ending: | 10/10/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7019  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/    Robert B. Katz, Trustee
_____ Date: 10/10/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals    0.00    0.00

Ver: 18.01